IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Fee Paid

CRAIG CUNNINGHAM,

    Plaintiff,

v.

MICHAEL MONTES JR. and
TOLLFREEZONE.COM, INC.,

    Defendants.

Case No. 16-cv-761-jdp

8:21-MC-00027-UA

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DVF DEPUTY

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Craig Cunningham against defendants Michael Montes Jr. and TollFreeZone.com in the amount of $31,500.

Approved as to form this 6TH day of February, 2020.

_____
James D. Peterson
District Judge

_____
Peter Oppeneer
Clerk of Court

2/6/20
Date

A TRUE COPY, Certified
10/12/2021

Peter Oppeneer, Clerk
U.S. District Court
Western District of Wisconsin
BY _____
Deputy Clerk

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| Craig Cunningham ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:16-cv-761-jdp |
| Michael Montes, Jr. and TollFreeZone.com ) | |
| *Defendant* ) | 8:21-MC-00027-UA |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 02/07/2020.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 10/12/2021

CLERK OF COURT

s/ A. Wiseman, Deputy Clerk
*Signature of Clerk or Deputy Clerk*



**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

FROM:
Craig Cunningham
3000 Custer Road Ste 270-206
Plano, TX 75075

TO:
Clerk, U.S. District Court
Ronald Reagan Federal Building and U.S. Courthouse
411 West 4th Street, Room 1053
Santa Ana, CA 92701
ZIP: 92701

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 21 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

U.S. POSTAGE PAID
KING OF PRUSSIA, PA 19406
OCT 18, 21
AMOUNT
$27.10

EJ 762 112 187 US

PO ZIP Code: 19406
Scheduled Delivery Date: 10/19/2021
Postage: $27.10
Date Accepted: 10/18/2021
Scheduled Delivery Time: 16:00
Time Accepted: 16:58 PM
Weight: 2 ozs.
Total Postage & Fees: $27.10