## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| Craig Cunningham | CASE NUMBER |
|---|---|
| | 8:21-mc-00027-UA |
| PLAINTIFF(S) | |
| v. | |
| Michael Montes et al | **NOTICE OF DEFICIENCY RE:** <br> **WRIT OF EXECUTION AND** <br> **ABSTRACT OF JUDGMENT** |
| DEFENDANT(S) | |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction.  Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☐ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☒ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the  judgment/order.

☐ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☐ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment.  If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☒ Other:

The amount listed is in favor of Plaintiff Craig Cunningham against Defendants Michael Montes Jr. and Tollfreezone.com, Inc. in the amount of $31,500.00

Clerk, U. S. District Court

November 15, 2021

Date

By  D. Tamayo

Deputy Clerk

*WHEN RECORDED MAIL TO:*

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
Email: Jamie@finalverdictsolutions.com
Assignee of Record, In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Craig Cunningham | | CASE NUMBER: 8:21-mc-00027 |
| | PLAINTIFF(S), | CV _____ |
| v. | | |
| Michael Montes Jr., et. al | | **ABSTRACT OF JUDGMENT/ORDER** |
| | DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 10/22/2021

in favor of Craig Cunningham

whose address is 3000 Custer Road, Ste 270-06, Plano, TX 75075

and against Michael Montes Jr., aka Michael Montes, aka Michael J. Montes, aka Michael J. Montes, Jr., aka Michael James Montes, aka Michael J. Montes, Jr. and Amy Montes, Trustees of the Montes Family Revocable 2001 Trust, Dated May 17, 2001

whose last known address is 135 Riverview Road, Fort Myers, FL 33905

for $ 31,500.00          Principal,   $ 0.00          Interest,   $ 3,771.57          Costs,

and $ 0.00          Attorney Fees.

ATTESTED this _____ day of _____ , 20 ___.

Judgment debtor's driver's license no. and state; _____          (last 4 digits) ☑ Unknown.

Judgment debtor's Social Security number; _____  3022  _____          (last 4 digits) ☐ Unknown.

☑ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or
address at which summons was served:

Michael Montes Jr. _____

26961 Via La Mirada _____

San Juan Capistrano, CA 92675 _____

CLERK, U.S. DISTRICT COURT

By _____
          Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*