James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
jamie@finalverdictsolutions.com
(484) 312-3300

Judgment Creditor, In Pro Per



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM, | CASE NO. 8:21-mc-00027 |
| Plaintiff, | |
| vs. | AFFIDAVIT OF IDENTITY; MEMORANDUM OF POINTS AND AUTHORITIES; AND PROPOSED ORDER |
| MICHAEL MONTES JR., et. al | |
| Defendant(s) | (C.C.P. § 680.135 & C.C.P. § 674(c)(1)) |

COMES NOW James E. Shelton, Assignee of Record and judgment creditor in the within matter, and hereby provides the following in support of an AFFIDAVIT OF IDENTITY:

1. On February 7, 2020, Judgment was entered in favor of Plaintiff/Original Judgment Creditor Craig Cunningham ("Cunningham") and against Defendants/Judgment Debtors Michael Montes Jr. and Tollfreezone.com, Inc., jointly and severally, in the amount of $31,500.00 (the "Judgment") in the United States District Court for the Western District of Wisconsin, Case No. 3:16-cv-00761-jdp (the "Wisconsin Action").

2. On April 27, 2020, in the Wisconsin Action, U.S. District Judge James D. Peterson entered a Text Only Order awarding Plaintiff Cunningham costs in the total amount

of \$3,771.57, filed at ECF No. 215. *See Exhibit "1"*, a true and correct copy of the Wisconsin Action's docket sheet printout publicly accessible on PACER.

3. On October 22, 2021, Cunningham registered the Judgment in this Court pursuant to 28 U.S.C. §1963. By virtue of this registration, pursuant to §1963, the Judgment has the same effect as a judgment of the Central District of California and may be enforced in like manner. *See Exhibit "2"*, a true and correct *certified copy of the Judgment* registered and entered in this Court on October 22, 2021 (ECF No. 1). The total principal and costs, together with post-judgment interest as provided by 28 U.S.C. § 1961, is still outstanding.

4. On October 28, 2021, an Acknowledgement of Assignment of Judgment was filed, in which Cunningham irrevocably transferred and assigned all rights, title, and interest in the Judgment, together with interest and costs, to the undersigned Assignee, James E. Shelton, pursuant to C.C.P. § 673. *See Exhibit "3"*, a true and correct copy of the *Acknowledgment of Assignment of Judgment* filed on October 28, 2021 and entered November 2, 2021 (ECF No. 2 in this action).

5. In reviewing public records, there are five other name variations for debtor MICHAEL MONTES JR.

6. According to the California Secretary of State's records (accessible at: www.businesssearch.sos.ca.gov), Tollfreezone.com, Inc. (Entity No. C2716790), the corporate entity which is a Judgment Debtor in this matter, is a registered California corporation that is currently under "FTB Suspended" status. The most recent Statement of Information filed for Tollfreezone.com, Inc. was filed on February 21, 2007 under filing No. E-371617 (the "Statement of Information"). The person who completed and filed the Statement of Information form was "Michael James Montes", as "President" of the corporation. "Michael James Montes" also listed himself on the Statement of Information as the Chief Executive Officer and Director of the

corporation. On all fields on the Statement of Information form, Mr. Montes' address is listed as 26961 Via La Mirada, San Juan Capistrano, CA 92675. *See Exhibit "4"*, a true and correct copy of the Statement of Information, as well as a printout from the California Secretary of State indicating the corporate filings for Tollfreezone.com, Inc.

7.   In the underlying Action (Case No. 3:16-cv-00761-JDP) in the Western District of Wisconsin ("the Wisconsin Action"), the Defendant MICHAEL MONTES submitted a declaration on July 5, 2017 pursuant to 28 U.S.C. § 1746 under penalty of perjury ("the Montes Declaration"). In paragraphs 3-4 of the Montes Declaration, Montes stated that his address is 26961 Via La Mirada, San Juan Capistrano, CA 92675. Mr. Montes also submitted this declaration stating that his name is "Michael Montes" without also including his middle name "James" or his middle initial "J.", or suffix "Jr.", instead just referring to himself as "MICHAEL MONTES". *See Exhibit "5"*, a true and correct copy of the "Declaration of Michael Montes" submitted in the Wisconsin Action on July 5, 2017.

8.   On January 14, 2019, Mr. Montes testified under oath in a deposition in the Wisconsin Action that his full name is "MICHAEL JAMES MONTES". *See Exhibit "6"*, pg. 4, ¶8, a true and correct transcript of the relevant pages for the "Deposition of Michael J. Montes" (publicly accessible on PACER, filed in the Wisconsin Action on January 25, 2019 at ECF No. 120-2).

9.   Attached, as *Exhibit "7"*, and incorporated by reference, is a true and correct copy of a *Grant Deed* recorded in the Official Records of Orange County (Document No. 2003000619538) showing that as of May 28, 2003, the judgment debtor held title to the property located at 26961 Via La Mirada, San Juan Capistrano, CA 92675 (APN: 675-142-06), in the name "MICHAEL JAMES MONTES". The Grant Deed indicates the grantors were "Richard L. Danson and Elaine T. Danson, husband and wife as

AFFIDAVIT OF IDENTITY; POINTS AND AUTHORITIES; AND PROPOSED ORDER
-3-

joint tenants". The Grant Deed indicates payment of Documentary Transfer Tax in the amount of $935.00 in connection with this transfer.

10. Then on May 10, 2005, Michael James Montes executed a *Grant Deed* changing title for said real property into the name of his revocable trust now holding title as "MICHAEL J. MONTES, JR. AND AMY MONTES, TRUSTEES OF THE MONTES FAMILY REVOCABLE 2001 TRUST, DATED MAY 17, 2001". See *Exhibit "8"*, a true and correct copy of the *Grant Deed* recorded on May 17, 2005 in the Official Records of Orange County, Document No. 2005000377906. This *Grant Deed* indicates no Documentary Transfer Tax was paid, stating "No Consideration – Transfer Into Trust".

11. I conducted a title search and found no changes in title have occurred since May 17, 2005 when Mr. Montes transferred said property into the name of his revocable trust.

12. In attempting to enforce this judgment, I conducted an investigation and found that Mr. Montes still retains the "beneficial use" of his property located at 26961 Via La Mirada, San Juan Capistrano, CA 92675. Mr. Montes has this property listed on at least two (2) publicly-accessible internet websites as a vacation rental property. Attached as *Exhibit "9"* and incorporated by reference herein are true and correct screenshots from http://www.ocbeachlease.com/contact.html (accessed: November 8, 2021), which states that Michael Montes is currently renting out the San Juan Capistrano property, and provides his contact information as the property owner (Phone Number: 949.683.0498 and email address: Mike@MikeMontes.com. This website also includes a link to the property's listing on Vacation Rental by Owner ("VRBO"), see: https://www.vrbo.com/693213 (accessed: November 8, 2021)(screenshots attached in **Exhibit "9"**). Michael Montes has the property currently listed for rent on VRBO.com for $734 avg./night, and there are at least thirteen (13) "five star" reviews from past guests, several from recent months in 2021.

AFFIDAVIT OF IDENTITY; POINTS AND AUTHORITIES; AND PROPOSED ORDER
-4-

## POINTS AND AUTHORITIES

13. Fed. R. Civ. P. 69(a)(1) governs execution on money judgments, and states:

> (1) *Money Judgment; Applicable Procedure.* A money judgment is enforced by a writ of execution, unless the court directs otherwise. The procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—**must accord with the procedure of the state where the court is located**, but a federal statute governs to the extent it applies.

14. Therefore, execution on this registered Judgment must accord with the procedures of California state law.

15. California Revenue and Taxation Code §62(a)(1) permits a transfer of real property to allow a "*change in the method of holding title to the real property transferred without changing the proportional interests of the co-owners in that real property*" which **does *not* change the ownership** of that property. Revenue and Taxation Code §62(d) permits transfers of real property into and out of the name of revocable trusts so long as the trust remains revocable.

16. Real Property is still subject to the claims of creditors as long as the Trust Settlors retain the power to revoke the trust [*Probate Code §18200*].

> "*Under California law, a revocable inter vivos trust is recognized as simply "a probate avoidance device, but does not prevent creditors of the settlors-who are often also the trustees and the sole beneficiaries during their lifetimes-from reaching trust property.*"
>
> [Galdjie v. Darwish (2003) 113 Cal.App.4th 1331, 1349]
>
> "*Property transferred to, or held in, a revocable inter vivos trust is nonetheless deemed the property of the settlor and is reachable by the creditors of the settlor. (See Prob. Code §§18200, 18201.) These sections recognize that when property is held in this type of trust, the settlor and lifetime beneficiary " 'has the equivalent of full ownership of the property.' "*(Walgren v. Dolan (1990) 226 Cal.App.3d 572, 578.) We conclude that despite nominally holding title as the trustee for his inter vivos revocable trust, Dunham had " 'the equivalent of full ownership' . . . of the property. (Ibid)"
>
> [Zanelli v. McGrath (2008) 166 Cal. App. 4th 615]

17. Therefore, "MICHAEL MONTES", "MICHAEL J. MONTES", "MICHAEL JAMES MONTES", and "MICHAEL J. MONTES, JR. AND AMY MONTES, TRUSTEES OF THE MONTES FAMILY REVOCABLE 2001 TRUST, DATED MAY 17, 2001" **are merely additional names by which the existing individual judgment debtor is known.** Pursuant to California Code of Civil Procedure §680.135, §699.510(c)(2) and §674(c)(1), it is proper to add these names as **additional names of the same judgment debtor** to any newly issued *Writ of Execution* and/or *Abstract of Judgment.*

*CCP §680.135. "Affidavit of Identity" means an affidavit or declaration executed by a judgment creditor, under penalty of perjury, that is filed with the clerk of the court in which the judgment is entered at the time the judgment creditor files for a writ of execution or an abstract of judgment. The affidavit of identity shall set forth the case name and number, the name of the judgment debtor stated in the judgment, the additional name or names by which the judgment debtor is known, and the facts upon which the judgment creditor has relied in obtaining the judgment debtor's additional name or names. The affidavit of identity shall not include the name or names of persons, including any corporations, partnerships, or any legal entities not separately named in the judgment in which the judgment debtor is a partner, shareholder, or member, other than the judgment debtor.* {Emphasis added}.

*CCP §699.510(c)(2) The writ of execution shall include the additional name or names, and the type of legal entity, by which the judgment debtor is known, as set forth in the affidavit of identity, as defined in Section 680.135, filed by the judgment creditor with the application for issuance of the writ of execution. Prior to the clerk of the court issuing a writ of execution containing any additional name or names by which the judgment debtor is known that are not listed on the judgment, the court shall approve the affidavit of identity. If the court determines, without a hearing or a notice, that the affidavit of identity states sufficient facts upon which the judgment creditor has identified the additional names of the judgment debtor, the court shall authorize the issuance of the writ of execution with the additional name or names.* {Emphasis added}

*CCP §674(c)(1) The abstract of judgment shall be certified in the name of the judgment debtor as listed on the judgment and may also include the additional name or names by which the judgment debtor is known as set forth in the affidavit of identity, as defined in Section 680.135, filed by the judgment creditor with the application for issuance of the abstract of judgment. Prior to the clerk of the court certifying an abstract of judgment containing any additional name or names by which the judgment debtor is known that are not listed on the judgment, the court shall approve the affidavit of identity. If the court determines, without a hearing or a notice, that the affidavit of identity states sufficient facts upon which the judgment creditor has identified the additional names of the judgment debtor, the court shall*

*authorize the certification of the abstract of judgment with the additional name or names.* {Emphasis added}.

18. Normally, when real property is purchased by a new and different party, said real property is subject to reappraisal and reassessment for property tax purposes [*Section 2 of Article XIII A of the California Constitution; Revenue & Tax §50, §51 & §110.1*]; however, there are certain exemptions that may apply to a reassessment. When real property is simply "transferred" into another name that is essentially the exact same owner, then a purchase has not taken place, only a transfer, which is merely a change in the method of holding title.

19. A "purchase" means a change in ownership for consideration [*Revenue & Tax Code §67*]. Real property is reappraised for tax purposes only when a change of ownership occurs [*California Constitution, Article XIII A§1 and Proposition §13*]. A Documentary Transfer Tax is charged when a change of ownership occurs. As can be seen by the *Deed* (*see Exhibit "8"*), there was no transfer tax paid when the title was changed for the property commonly known as 26961 Via La Mirada, San Juan Capistrano, CA 92675 from "MICHAEL JAMES MONTES" into the name of "MICHAEL J. MONTES, JR. AND AMY MONTES, TRUSTEES OF THE MONTES FAMILY REVOCABLE 2001 TRUST, DATED MAY 17, 2001".

20. The transaction which occurred in *Exhibit "8"* is in sharp contrast to *Exhibit "7"*, which was the May 28, 2003 *Grant Deed* that recorded an actual "change in ownership" of the property; as previously explained in paragraph 9 of this Affidavit, Richard L. Danson and Elaine T. Danson, husband and wife as joint tenants, transferred the property to Michael James Montes, and declared $935.00 as Documentary Transfer Tax, which was computed on the full value of the interest or property conveyed.

21. Changing the way title is held to real property does not constitute a change of ownership. A "change in ownership" means a transfer of a present interest in real

property, including the beneficial use thereof, the value of which is substantially equal to the value of the fee interest [*Revenue & Tax Code §60*]. The "beneficial use" of the real property located at 26961 Via La Mirada, San Juan Capistrano, CA 92675 has never changed since May 17, 2005 when the ownership changed from the name of "MICHAEL JAMES MONTES" into the name of "MICHAEL J. MONTES, JR. AND AMY MONTES, TRUSTEES OF THE MONTES FAMILY REVOCABLE 2001 TRUST, DATED MAY 17, 2001, and Debtor Mr. Montes has had the "beneficial use" of said property by residing therein since and/or deriving rental income from said property (*see Exhibit "9"*).

22. The ownership of Debtor MONTES' real property has not changed, it was just a title change of the same owner "MICHAEL JAMES MONTES" now holding title as "MICHAEL J. MONTES, JR. AND AMY MONTES, TRUSTEES OF THE MONTES FAMILY REVOCABLE 2001 TRUST, DATED MAY 17, 2001.

23. An abstract of judgment attaches to any interest in real property that a judgment debtor may have in a particular county in which said abstract is recorded [*CCP §697.340*]. The ownership interests in the property commonly known as 26961 Via La Mirada, San Juan Capistrano, CA 92675 has not changed, merely the way of holding title to said real property.

24. The Legislature created Code of Civil Procedure §680.135 **for this very situation** where a judgment is entered against a named debtor and subsequent to entry of judgment additional name variations of the judgment debtor are uncovered by the judgment creditor. These alternate names are NOT names of different judgment debtors for whom the court has no jurisdiction. These alternate names are **just additional names by which THE SAME DEBTOR is known**.

AFFIDAVIT OF IDENTITY; POINTS AND AUTHORITIES; AND PROPOSED ORDER

-8

1      I, James E. Shelton, declare under penalty of perjury under the laws of the United States

2  of America that the foregoing is true and correct.

3

4      Signed this 8th day of November, 2021 at <u>King of Prussia, Pennsylvania</u>.

5

6

7                              James E. Shelton
                      Assignee of Record and Judgment Creditor

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AFFIDAVIT OF IDENTITY; POINTS AND AUTHORITIES; AND PROPOSED ORDER

-9

1   James E. Shelton
    316 Covered Bridge Road
2   King of Prussia, PA 19406
    jamie@finalverdictsolutions.com
3   (484) 312-3300

4   Judgment Creditor, In Pro Per

5

6

7

8                   **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  CRAIG CUNNINGHAM                    )
                                        )   CASE NO. 8:21-mc-00027
12                                      )
         Plaintiff,                     )
13                                      )
                                        )
14       v.                             )   **ORDER**
                                        )
15  MICHAEL MONTES JR., et. al          )
                                        )
16                                      )
         Defendants                     )
17                                      )
                                        )
18  _____)

19      The Affidavit of Identity having been considered by the Court and good cause appearing,

20  IT IS ORDERED that pursuant to Code of Civil Procedure Section 680.135 the term "judgment

21  debtor" shall include the names identified in the Affidavit of Identity and be shown as

22  "MICHAEL MONTES JR., aka MICHAEL MONTES, aka MICHAEL J. MONTES, aka

23  MICHAEL J. MONTES, JR., aka MICHAEL JAMES MONTES, aka MICHAEL J. MONTES,

24  JR. AND AMY MONTES, TRUSTEES OF THE MONTES FAMILY REVOCABLE 2001

25  TRUST, DATED MAY 17, 2001" as additional names of the judgment debtor and which may be

26  added to any writ of execution and/or abstract of judgment.

27

28  Dated: _____          _____

                                    UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

CLOSED,PROTECTIVE_ORDER

# U.S. District Court
# Western District of Wisconsin (Madison)
# CIVIL DOCKET FOR CASE #: 3:16-cv-00761-jdp

Cunningham, Craig v. Montes, Jr., Michael et al
Assigned to: District Judge James D. Peterson
Referred to: Magistrate Judge Stephen L. Crocker
Case in other court: Seventh Circuit Court of Appeals, 17-02516
Cause: 47:0227 Restrictions on Use of Telephone Equipment

Date Filed: 11/17/2016
Date Terminated: 02/07/2020
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Craig Cunningham**                    represented by    **David Brian Levin**
                                                          Law Offices of Todd M. Friedman, P.C.
                                                          111 W. Jackson Blvd., Suite 1700
                                                          Chicago, IL 60604
                                                          224-218-0882
                                                          Fax: 866-633-0228
                                                          Email: dlevin@toddflaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Roger Alan Sage**
                                                          Attorney Roger Sage
                                                          30 W. Mifflin Street
                                                          Suite 1001
                                                          Madison, WI 53703
                                                          608-258-8855
                                                          Fax: 608-257-2722
                                                          Email: rsage@tds.net
                                                          *TERMINATED: 03/15/2018*
                                                          *LEAD ATTORNEY*

                                                          **Steven Gene Perry**
                                                          Law Offices of Todd M. Friedman, P.C.
                                                          333 Skokie Blvd.
                                                          Suite 103
                                                          Northbrook, IL 60062
                                                          224-218-0875
                                                          Fax: 866-633-0228
                                                          Email: sperry@toddflaw.com
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Montes , Jr.**                represented by    **Kevin David Trost**
                                                          Axley Brynelson
                                                          2 E Mifflin St

Suite 200
Madison, WI 53703
608-283-6747
Fax: 608-257-5444
Email: ktrost@axley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tollfreezone.com, Inc.**                    represented by    **Kevin David Trost**
*TERMINATED: 11/29/2018*                                        (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Mydataguys.com, LLC**                        represented by    **Kevin David Trost**
*TERMINATED: 05/03/2019*                                        (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**PODmusicgear.com, Inc.**                     represented by    **Kevin David Trost**
*TERMINATED: 05/03/2019*                                        (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Tollfreezone.com, Inc., dba**               represented by    **Kevin David Trost**
**DOCauditor.com**                                              (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Tollfreezone.com, Inc., dba mobile**        represented by    **Kevin David Trost**
**trackme**                                                     (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Emailmyvmail.com, Inc.**                     represented by    **Kevin David Trost**
*TERMINATED: 05/03/2019*                                        (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**John/Jane Doe 1-10**                         represented by    **Kevin David Trost**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

V.

**Garnishee**

**Wells Fargo Bank**                           represented by    **Joseph E. Fenzel**
                                                               Joseph E. Fenzel, S.C.
                                                               757 North Broadway
                                                               Suite 300
                                                               Milwaukee, WI 53202
                                                               414-224-1601
                                                               Fax: 414-224-1602

Email: jfenzel@fenzellaw.com
*ATTORNEY TO BE NOTICED*

**Garnishee**

**First Data Merchant Services, Corp.**

**Garnishee**

**Etrade Securities, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2016 | 1 | COMPLAINT against All Defendants, filed by Craig Cunningham. (Case randomly assigned to District Judge James D. Peterson.) (Attachments: <br> # 1 Summonses, <br> # 2 Envelope) (jef) (Entered: 11/17/2016) |
| 11/17/2016 | | Filing fee received: $ 400, receipt number 34690027592. (jef),(ps) (Entered: 11/17/2016) |
| 11/17/2016 | 2 | Summonses Issued as to Michael Montes, Tollfreezone.com, Inc., Mydataguys.com, LLC, PODmusicgear.com, Inc., Emailmyvmail.com, Inc. Mailed to plaintiff for service. (Attachments: <br> # 1 Summons as toTollfreezone.com, Inc., <br> # 2 Summons as to Mydataguys.com, LLC, <br> # 3 Summons as to PODmusicgear.com, Inc., <br> # 4 Summons as to Emailmyvmail.com, Inc.) (jef),(ps) (Entered: 11/17/2016) |
| 01/09/2017 | 3 | Motion for Service by Publication and Request for Issuance of 10 Subpoenas by Plaintiff Craig Cunningham. (Attachments: <br> # 1 Proposed order, <br> # 2 Exhibits A and B - Property summary report, real estate tax bill for 2016, <br> # 3 Summons returned unexecuted as to Michael Montes, <br> # 4 Summons returned unexecuted as to Tollfreezone.com, <br> # 5 Summons returned unexecuted as toMydataguys.com, <br> # 6 Summons returned unexecuted as to PODmusicgear.com, <br> # 7 Summons returned unexecuted as to Emailmyvmail.com, <br> # 8 Unsigned summonses, <br> # 9 Envelope) (jef),(ps) (Entered: 01/09/2017) |
| 02/27/2017 | 4 | ORDER granting plaintiff's 3 Motion for Service by Publication. Plaintiff's request for the clerk to issue 10 subpoenas, Dkt. 3 , is DENIED. Plaintiff must file proof of service with the court within 45 days of the date of this order. Signed by District Judge James D. Peterson on 2/27/2017. (jef),(ps) (Entered: 02/27/2017) |
| 02/28/2017 | 5 | Summons Reissued as to Defendants Michael Montes, Tollfreezone.com, Inc., Mydataguys.com, LLC, PODmusicgear.com, Inc., Emailmyvmail.com, Inc. Mailed summonses to plaintiff for service. (Attachments: <br> # 1 Summons as to Tollfreezone.com Inc., <br> # 2 Summons as to Mydataguys.com LLC, <br> # 3 Summons as to PODmusicgear.com Inc., <br> # 4 Summons as to Emailmyvmail.com Inc.) (nln),(ps) (Entered: 02/28/2017) |
| 04/14/2017 | 6 | Motion for Entry of Default as to Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc. Emailmyvmail.com, Inc., by Plaintiff Craig Cunningham. (Attachments: <br> # 1 Proposed order, |

|  |  |  |
|---|---|---|
|  |  | # 2 Certificate of Service,<br># 3 Envelope) (jef),(ps) (Entered: 04/14/2017) |
| 04/14/2017 | 7 | Affidavit of Craig Cunningham re: 6 Motion for Entry of Default. (Attachments:<br># 1 Exhibit A - Armed services status report as to Michael Montes,<br># 2 Proof of service as to Michael Montes,<br># 3 Proof of service as to Tollfreezone.com, Inc.,<br># 4 Proof of service as to Mydataguys, LLC,<br># 5 Proof of service as to PODmusicgear.com, Inc.,<br># 6 Proof of service as to Emailmyvmail.com.Inc.) (jef),(ps) (Entered: 04/14/2017) |
| 04/17/2017 | 8 | Clerk's Entry of Default as to Defendants Michael Montes, Mydataguys.com, LLC,<br>PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba<br>DOCauditor, Tollfreezone.com, Inc., dba mobile trackme and Emailmyvmail.com,<br>Inc. (jef/cc: all parties via U.S. mail),(ps) (Entered: 04/17/2017) |
| 05/08/2017 | 9 | Motion for Default Judgment as to Michael Montes, Mydataguys.com, LLC,<br>PODmusicgear.com, Inc., Tollfreezone.com, Inc. by Plaintiff Craig Cunningham.<br>(Attachments:<br># 1 Proposed order,<br># 2 Certificate of Service,<br># 3 Envelope) (jef),(ps) (Entered: 05/08/2017) |
| 05/08/2017 | 10 | Affidavit of phone calls and damages in this case filed by Plaintiff Craig Cunningham re:<br>9 Motion for Default Judgment. (jef),(ps) (Entered: 05/08/2017) |
| 05/09/2017 |  | Set Hearing: Default Hearing set for Tuesday, 6/6/2017 at 08:30 AM in Courtroom 260<br>before District Judge James D. Peterson. (jef),(ps) (Entered: 05/09/2017) |
| 06/01/2017 | 11 | Notice of Appearance filed by Kevin David Trost for Defendants Emailmyvmail.com,<br>Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc.,<br>Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com,<br>Inc., dba mobile trackme. (Trost, Kevin),(ps) (Entered: 06/01/2017) |
| 06/01/2017 | 12 | ANSWER by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com,<br>LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba<br>DOCauditor, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin),(ps)<br>(Entered: 06/01/2017) |
| 06/01/2017 | 13 | **MOTION TO DISMISS** by Defendants Emailmyvmail.com, Inc., Michael Montes,<br>Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc.,<br>Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile<br>trackme. (Trost, Kevin),(ps) (Entered: 06/01/2017) |
| 06/01/2017 | 14 | Motion to Set Aside Default by Defendants Emailmyvmail.com, Inc., Michael Montes,<br>Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc.,<br>Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile<br>trackme. (Trost, Kevin),(ps) (Entered: 06/01/2017) |
| 06/01/2017 | 15 | Brief in Support of 13 Motion to Dismiss, 14 Motion to Set Aside Default, by Defendants<br>Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com,<br>Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com,<br>Tollfreezone.com, Inc., dba mobile trackme (Trost, Kevin),(ps) (Entered: 06/01/2017) |
| 06/01/2017 | 16 | Disregard. See 18 . Modified on 6/5/2017. (lak) (Entered: 06/01/2017) |
| 06/01/2017 | 17 | Disregard. See 19 . Modified on 6/5/2017. (lak) (Entered: 06/01/2017) |
| 06/02/2017 | 18 | Declaration of Kevin Trost filed by Defendants Emailmyvmail.com, Inc., Michael |

| | | |
|---|---|---|
| | | Montes, Mydataguys.com, Tollfreezone.com, Inc., PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 13 Motion to Dismiss, 14 Motion to Set Aside Default, (Attachments: # 1 Exhibit A - Lawsuits filed by Plaintiff in TN) (Trost, Kevin),(ps) (Entered: 06/02/2017) |
| 06/02/2017 | 19 | Declaration of Michael Montes filed by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 13 Motion to Dismiss, 14 Motion to Set Aside Default, (Attachments: # 1 Exhibit A - Property Tax Record in St. Croix County, WI) (Trost, Kevin),(ps) (Entered: 06/02/2017) |
| 06/02/2017 | 20 | Certificate of Service by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme as to 13 MOTION TO DISMISS , 12 Answer, 19 Declaration, 15 Brief in Support, 14 Motion to Set Aside Default , 18 Declaration, 11 Notice of Appearance,. (Trost, Kevin),(ps) (Entered: 06/02/2017) |
| 06/02/2017 | 21 | ** TEXT ONLY ORDER ** <br> Less than a week before the hearing on plaintiff's motion for default judgment, defendants answered plaintiff's complaint and moved to set aside default and dismiss the case. Dkts. 12 - 14 . Plaintiff may file a response to defendants' motion to set aside default, Dkt. 14 , by June 12, 2017. The default hearing is rescheduled to Tuesday, June 20, 2017, at 8:30 a.m. Signed by District Judge James D. Peterson on 6/2/2017. (jef) (Entered: 06/02/2017) |
| 06/02/2017 | | Reset Hearings: Default Hearing reset for 6/20/2017 at 08:30 AM in Courtroom 260 before District Judge James D. Peterson. (jef),(ps) (Entered: 06/02/2017) |
| 06/06/2017 | 22 | Corporate Disclosure Statement by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme, (Attachments: # 1 Certificate of Service) (Trost, Kevin),(ps) (Entered: 06/06/2017) |
| 06/12/2017 | 23 | Brief in Opposition by Plaintiff Craig Cunningham re: 14 Motion to Set Aside Default, filed by Emailmyvmail.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, PODmusicgear.com, Inc., Michael Montes, Tollfreezone.com, Inc., dba mobile trackme, Mydataguys.com, LLC, Tollfreezone.com, Inc. (Attachments: # 1 Certificate of Service, # 2 Envelope) (elc),(ps) (Entered: 06/12/2017) |
| 06/12/2017 | 24 | Affidavit of Craig Cunningham re: 14 Motion to Set Aside Default, (Attachments: # 1 Appendix of Exhibits, # 2 Exhibit A - Printout from California Secretary of State for Tollfreezone.com Inc., # 3 Exhibit B - Printout from Nevada Secretary of State of mydataguys.com, # 4 Exhibit C - Printout from Nevada Secretary of State for Emailmyvmail, # 5 Exhibit D - Printout from Delaware Secretary of State for POD Music Gear, # 6 Exhibit E - Docket Sheet for MDTN case 16-cv-222, Cunningham v. Shoutpoint, Inc., et al., # 7 Exhibit F - Printout from State of Missouri ex Rel v. Tollfreezone.com, Inc. Judgment, # 8 Exhibit G - News Release from Mississippi Public Service Commission) (elc),(ps) (Entered: 06/12/2017) |

| 06/16/2017 | | Set/Reset Hearings: The Default Hearing before District Judge James D. Peterson will be held at **08:00 AM** on 6/20/2017 in Courtroom 260 to accommodate the court's calendar. (elc),(ps) (Entered: 06/16/2017) |
| 06/16/2017 | | Plaintiff will be appearing by telephone at the June 20, 2017 default hearing and can be contacted at the phone number on the docket sheet. (elc),(ps) (Entered: 06/16/2017) |
| 06/16/2017 | | Set/Reset Hearings: The 8:00 AM Default Hearing on June 20, 2017 before District Judge James D. Peterson will be held in **Courtroom 360**. (elc),(ps) (Entered: 06/16/2017) |
| 06/20/2017 | 25 | Minute Entry for proceedings held before District Judge James D. Peterson: Default Hearing held on 6/20/2017 and continued until 7/18/2017 at 8:00 AM. Defendant ordered to provide jurisdictional discovery by 7/5/2017. [:9] (Court Reporter CS.) (kwf),(ps) (Entered: 06/20/2017) |
| 06/20/2017 | | Set Hearings: Default Hearing set for 7/18/2017 at 8:00 AM in Courtroom 260 before District Judge James D. Peterson. (kwf),(ps) (Entered: 06/20/2017) |
| 06/20/2017 | 26 | ** TEXT ONLY ORDER ** <br><br> At today's hearing on plaintiff's motion for default judgment, Dkt. 9 , the court determined that defendants did not show good cause to set aside default, but stayed consideration of plaintiff's motion pending a determination of whether defendants are subject to personal jurisdiction. The court ordered defendants to disclose to plaintiff and provide reasonable documentation, in admissible form, of <br><br> (1) the settlor and beneficiary of the trust that owns the Somerset property; <br><br> (2) who lives at the Somerset property; <br><br> (3) where defendant Michael Montes lives; <br><br> (4) where Montes has lived for the past three years; <br><br> (5) all travel to Wisconsin by Montes and his wife in the past three years; <br><br> (6) all Facebook posts by Montes and his wife in the past three years; and <br><br> (7) the principal place of business of each of the defendant businesses. <br><br> Defendants must file the disclosures and documentation with the court by July 5. Defendants may not delete or destroy any Facebook posts. The court will continue the default hearing on July 18, 2017, at 8 a.m. <br><br> Signed by District Judge James D. Peterson on 6/20/2017. (jef),(ps) (Entered: 06/20/2017) |
| 07/05/2017 | 27 | Disregard. See 29 . Modified on 7/6/2017. (lak) (Entered: 07/05/2017) |
| 07/05/2017 | 28 | Disregard. See 29 . Modified on 7/6/2017. (lak) (Entered: 07/05/2017) |
| 07/05/2017 | 29 | Declaration of Michael Montes filed by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 26 Text Only Order, (Attachments: <br> # 1 Exhibit A - Portion of Plaintiff's Complaint in Tennessee, <br> # 2 Exhibit B - Montes' Wife's FB Posts, <br> # 3 Exhibit C, Part 1 - Montes' FB Posts, |

| | | # 4 Exhibit C, Part 2 - Montes' FB Posts, <br># 5 Exhibit C, Part 3 - Montes' FB Posts, <br># 6 Exhibit C, Part 4 - Montes' FB Posts, <br># 7 Exhibit D - Notice of Appearance by Counsel in Tennessee, <br># 8 Exhibit E - Complaint filed in Tennessee, <br># 9 Certificate of Service) (Trost, Kevin),(ps) Modified on 7/6/2017: Exhibit descriptions. (lak) (Entered: 07/05/2017) |
|---|---|---|
| 07/17/2017 | 30 | Supplemental Brief in Opposition by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 9 Motion for Default Judgment filed by Craig Cunningham (Trost, Kevin), (ps) (Entered: 07/17/2017) |
| 07/17/2017 | 31 | Declaration of Kevin Trost filed by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme *in Support of Supplemental Brief in Opposition* re: 9 Motion for Default Judgment, (Attachments: <br># 1 Exhibit A - Order in Case No. 15cv554, Middle District of TN, 7/14/17, <br># 2 Exhibit B - Plaintiff's Amended Complaint in Case No. 15cv554, Middle District of Tennessee, <br># 3 Certificate of Service) (Trost, Kevin),(ps) Modified on 7/24/2017. (lak) (Entered: 07/17/2017) |
| 07/18/2017 | 32 | Minute Entry for proceedings held before District Judge James D. Peterson: Default Hearing held on 7/18/2017: Plaintiff's 9 motion for default judgment granted. (Court Reporter LS.) [:32] (nln),(ps) (Entered: 07/18/2017) |
| 07/18/2017 | 33 | Notice by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme *re request to seal bank records*. (Attachments: <br># 1 Certificate of Service) (Trost, Kevin),(ps) (Entered: 07/18/2017) |
| 07/18/2017 | 34 | ORDER granting in part plaintiff's 9 Motion for Default Judgment ; denying defendants' 13 Motion to Dismiss and 14 Motion to Set Aside Default. John/Jane Doe defendants are dismissed from this case. The clerk of court is directed to enter judgment in favor of plaintiff against defendants Michael Montes, Tollfreezone.com, Inc., Mydataguys.com, LLC, PODmusicgear.com, Inc. and emailmyvmail, Inc. in the amount of $176,450 together with interest at the rate allowed by law. <br><br>All Wells Fargo bank accounts of defendant businesses are frozen. Defendants are restrained and enjoined from withdrawing or transferring funds in these accounts until further order of the court. <br><br>Counsel for defendant Montes must, within 24 hours after this order issues, provide a copy to Wells Fargo. Within 72 hours, counsel must confirm to the court that a copy of this order has been provided to Wells Fargo. Signed by District Judge James D. Peterson on 7/18/2017. (elc),(ps) (Entered: 07/18/2017) |
| 07/18/2017 | 35 | Certificate of Service by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme as to 34 Order on Motion for Default Judgment, Order on Motion to Dismiss, Order on Motion to Set Aside Default. (Trost, Kevin),(ps) (Entered: 07/18/2017) |

| 07/19/2017 | 36 | JUDGMENT in favor of Craig Cunningham against Michael Montes, Tollfreezone.com, Inc., Mydataguys.com, LLC, PODmusicgear.com, Inc., and Emailmyvmail.com, Inc. in the amount of $176,450.00. (JDP /PAO). (elc),(ps) (Entered: 07/19/2017) |
| 07/19/2017 | 37 | Motion for Emergency Temporary Restraining Order and Motion that all funds frozen be turned over to the court's registry by Plaintiff Craig Cunningham. (Attachments: # 1 Proposed order, # 2 Certificate of Service) (jef),(ps) (Entered: 07/19/2017) |
| 07/19/2017 | 38 | Motion for Issuance of Nine Subpoenas by Plaintiff Craig Cunningham. (Attachments: # 1 Proposed order, # 2 Certificate of Service, # 3 Instructions, # 4 Subpoenas) (jef),(ps) (Entered: 07/19/2017) |
| 07/20/2017 | 39 | ORDER denying Plaintiff Craig Cunningham's 37 motion for emergency temporary restraining order and motion that all funds frozen be turned over to the court's registry and 38 motion for issuance of nine subpoenas. By July 31, 2017, defendants must show cause as to why the court should not order them to deposit the amount of the judgment into the court's registry. Signed by District Judge James D. Peterson on 7/19/2017. (jef), (ps) (Entered: 07/20/2017) |
| 07/25/2017 | 40 | NOTICE OF APPEAL by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com as to 36 Judgment, 34 Order on Motion for Default Judgment, Order on Motion to Dismiss, Order on Motion to Set Aside Default. Filing fee of $ 505, receipt number 0758-2073881 paid. No Docketing Statement filed. (Attachments: # 1 Certificate of Service) (Trost, Kevin),(ps) Modified on 7/26/2017. (lak) (Entered: 07/25/2017) |
| 07/25/2017 | 41 | Transmission of Notice of Appeal, Docket Sheet and Judgment to Seventh Circuit Court of Appeals re 40 Notice of Appeal. (Attachments: # 1 Order, # 2 Judgment, # 3 Docket sheet) (jef),(ps) (Entered: 07/25/2017) |
| 07/25/2017 | 42 | Appeal Information Packet. (jef),(ps) (Entered: 07/25/2017) |
| 07/25/2017 | 43 | Brief in Opposition by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com re: 38 Motion for Issuance of Nine Subpoenas, (Attachments: # 1 Certificate of Service) (Trost, Kevin),(ps) Modified on 7/26/2017. (lak) (Entered: 07/25/2017) |
| 07/26/2017 | | USCA Case Number 17-2516 for 40 Notice of Appeal. (nln),(ps) (Entered: 07/26/2017) |
| 07/31/2017 | 44 | Motion for Release of Funds *and Response to Show Cause Order dated 7/19/17* by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Attachments: # 1 Certificate of Service) (Trost, Kevin),(ps) (Entered: 07/31/2017) |
| 07/31/2017 | 45 | Declaration of Michael Montes filed by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 44 Motion for Release of Funds, 39 Order, (Attachments: |

| | | # 1 Certificate of Service) (Trost, Kevin),(ps) Modified on 8/1/2017. (lak) (Entered: 07/31/2017) |
|---|---|---|
| 08/10/2017 | 46 | ORDER granting in part and denying in part 44 Motion for Release of Frozen Funds. All Wells Fargo bank accounts in the name of defendants Tollfreezone.com, Inc., PODmusicgear.com, Inc., Mydataguys.com, Inc., and Emailmyvmail.com, Inc., remain frozen. Until further order of the court, defendants are restrained and enjoined from withdrawing, transferring, or otherwise encumbering or disposing of the funds in these accounts. Signed by District Judge James D. Peterson on 8/10/2017. (elc),(ps) (Entered: 08/10/2017) |
| 10/26/2017 | 47 | Notice of Appearance filed by Roger Alan Sage for Plaintiff Craig Cunningham. (Sage, Roger),(ps) (Entered: 10/26/2017) |
| 10/26/2017 | 48 | Motion for Writ of Garnishment re: Garnishee Wells Fargo Bank, First Data Merchant Services, Corp., Etrade Securities, LLC. by Plaintiff Craig Cunningham, (Attachments: # 1 Writ of Garnishment for Non-Earnings - Wells Fargo, # 2 Writ of Garnishment for Non-Earnings - First Data, # 3 Writ of Garnishment for Non-Earnings - Etrade, # 4 Disregard. See 50 ., # 5 Disregard. See 51 ., # 6 Disregard. See 52 .) (Sage, Roger) Modified on 10/29/2017. (lak) (Entered: 10/26/2017) |
| 10/26/2017 | 49 | Notice by Plaintiff Craig Cunningham *of Clerk's Notice of Post-Judgment Garnishment.* (Sage, Roger) Modified on 10/27/2017: Does not provide the address of the court. (lak) (Entered: 10/26/2017) |
| 10/27/2017 | 50 | Exhibit to 48 Motion for Writ of Garnishment, filed by Craig Cunningham. *Order Granting Motion - Wells Fargo.* (Sage, Roger) (Entered: 10/27/2017) |
| 10/27/2017 | 51 | Exhibit to 48 Motion for Writ of Garnishment, filed by Craig Cunningham. *Order Granting Motion - First Data.* (Sage, Roger) (Entered: 10/27/2017) |
| 10/27/2017 | 52 | Exhibit to 48 Motion for Writ of Garnishment, filed by Craig Cunningham. *Order Granting Motion - Etrade.* (Sage, Roger) (Entered: 10/27/2017) |
| 10/30/2017 | 53 | ORDER granting 48 Motion for Writ of Garnishment re: Garnishee Etrade, Garnishee First Data and Garnishee Wells Fargo. Signed by District Judge James D. Peterson on 10/27/2017. (Attachments: # 1 Order- First Data, # 2 Order- Wells Fargo) (voc) (Entered: 10/30/2017) |
| 10/30/2017 | 54 | Writ of Garnishment issued as to Etrade. (voc) (Entered: 10/30/2017) |
| 10/30/2017 | 55 | Writ of Garnishment issued as to First Data. (voc) (Entered: 10/30/2017) |
| 10/30/2017 | 56 | Writ of Garnishment issued as to Wells Fargo. (voc) (Entered: 10/30/2017) |
| 10/30/2017 | 57 | Clerk's Notice of Post-Judgment Garnishment. Signed by Peter A. Oppeneer, Clerk of Court. (voc) (Entered: 10/30/2017) |
| 11/13/2017 | 58 | Certificate of Service by Plaintiff Craig Cunningham. (Sage, Roger) (Entered: 11/13/2017) |
| 11/13/2017 | 59 | Certificate of Service by Plaintiff Craig Cunningham. (Sage, Roger) (Entered: 11/13/2017) |
| 11/13/2017 | 60 | Certificate of Service by Plaintiff Craig Cunningham. (Sage, Roger) (Entered: 11/13/2017) |

| 11/17/2017 | 61 | Motion to Stay *Post-Judgment Collection Actions Pending Appeal* by Defendants Emailmyvmail.com, Inc., John/Jane Doe 1-10, Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. Response due 11/24/2017. (Trost, Kevin) (Entered: 11/17/2017) |
|---|---|---|
| 11/17/2017 | 62 | Brief in Support of 61 Motion to Stay *Collection Proceedings* by Defendants Emailmyvmail.com, Inc., John/Jane Doe 1-10, Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) (Entered: 11/17/2017) |
| 11/21/2017 | 63 | Answer to Writ of Garnishment by Garnishee First Data Merchant Services, Corp. (voc) (Entered: 11/21/2017) |
| 11/21/2017 | 64 | Notice of Appearance filed by Joseph E. Fenzel for Garnishee Wells Fargo Bank. (Fenzel, Joseph) (Entered: 11/21/2017) |
| 11/21/2017 | 65 | Answer to Writ of Garnishment by Garnishee Wells Fargo Bank. (Fenzel, Joseph) Modified on 11/21/2017: Writ of Execution is attached. (lak) (Entered: 11/21/2017) |
| 11/22/2017 | 66 | Unopposed Motion for Extension of Time *to Respond to Defendants' Motion to Stay Post-Judgment Collection Actions Pending Appeal* by Plaintiff Craig Cunningham. Motions referred to Magistrate Judge Stephen L. Crocker. (Sage, Roger) Modified on 11/27/2017. (lak) (Entered: 11/22/2017) |
| 11/22/2017 | 67 | Text of Proposed Order re: 66 Motion for Extension of Time by Plaintiff Craig Cunningham. (Sage, Roger) Modified on 11/26/2017. (lak) (Entered: 11/22/2017) |
| 11/27/2017 | 68 | ** TEXT ONLY ORDER ** <br> ORDER granting 66 Motion for Extension of Time. Brief in Opposition due 12/4/2017. Signed by Magistrate Judge Stephen L. Crocker on 11/27/2017. (voc) (Entered: 11/27/2017) |
| 12/04/2017 | 69 | Brief in Opposition by Plaintiff Craig Cunningham re: 61 Motion to Stay, filed by Emailmyvmail.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, PODmusicgear.com, Inc., Michael Montes, John/Jane Doe 1-10, Tollfreezone.com, Inc., dba mobile trackme, Mydataguys.com, LLC, Tollfreezone.com, Inc. (Sage, Roger) (Entered: 12/04/2017) |
| 12/04/2017 | 70 | Declaration of Craig Cunningham filed by Plaintiff Craig Cunningham *in Support of Brief in Opposition* re: 61 Motion to Stay, (Attachments: <br> # 1 Exhibit A - Printout from Trulia.com, <br> # 2 Exhibit B - Wells Fargo Bank Statement, <br> # 3 Exhibit C - Florida Articles of Organization myadguys.com, <br> # 4 Exhibit D - Printout from beachlease.com) (Sage, Roger) Modified on 12/5/2017. (lak) (Entered: 12/04/2017) |
| 12/05/2017 | 71 | Answer to Writ of Garnishment by Garnishee Etrade Securities, LLC. (Sealed) (voc/aw) (Entered: 12/05/2017) |
| 12/14/2017 | 72 | ORDER denying 61 Motion to Stay Post-Judgment Collection Actions Pending Appeal by Defendants. Signed by District Judge James D. Peterson on 12/14/2017. (voc) (Entered: 12/14/2017) |
| 12/20/2017 | 73 | Motion for Writ *of Execution* by Plaintiff Craig Cunningham, (Attachments: <br> # 1 Exhibit - Writ of Execution to Sheriff of St. Croix County) (Sage, Roger) (Entered: 12/20/2017) |

| 12/20/2017 | 74 | Proposed Pretrial Order *Granting Writ of Execution,* by Plaintiff Craig Cunningham. (Sage, Roger) (Entered: 12/20/2017) |
|---|---|---|
| 12/21/2017 | 75 | ORDER granting 73 Motion for Writ of Execution by Plaintiff Craig Cunningham. Signed by District Judge James D. Peterson on 12/21/2017. (voc) (Entered: 12/21/2017) |
| 12/28/2017 | 76 | Writ of Execution issued to plaintiff counsel for service. Signed on 12/28/2017 by Peter Oppeneer, Clerk of Court. (arw) (Entered: 12/28/2017) |
| 12/29/2017 | 77 | Certified and Transmitted Record on Appeal to US Court of Appeals re: 40 Notice of Appeal, (Attachments: # 1 Certification) (lak) (Entered: 12/29/2017) |
| 01/19/2018 | 78 | Transcript Request Form by Defendants Emailmyvmail.com, Inc., John/Jane Doe 1-10, Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) (Entered: 01/19/2018) |
| 01/19/2018 | 79 | Court Reporter Certification of Seventh Circuit Transcript Information Sheet re 40 Notice of Appeal. (voc) (Entered: 01/19/2018) |
| 01/19/2018 | 80 | Court Reporter Certification of Seventh Circuit Transcript Information Sheet re 40 Notice of Appeal. (voc) (Entered: 01/19/2018) |
| 01/22/2018 | 81 | Transcript of Default Hearing, held 7/18/2017 before Judge James D. Peterson. Court Reporter: LS. Please review the court's new policy regarding electronic transcripts of court proceedings: see Electronic Transcript Instructions. (voc) (Entered: 01/22/2018) |
| 01/23/2018 | 82 | Transcript of Default Hearing, held 6/20/2017 before Judge James D. Peterson. Court Reporter: CS. Please review the court's new policy regarding electronic transcripts of court proceedings: see Electronic Transcript Instructions. (voc) (Entered: 01/23/2018) |
| 01/23/2018 | 83 | Certified and Transmitted Supplemental Record on Appeal to US Court of Appeals re: 40 Notice of Appeal, (Attachments: # 1 Certification) (lak) (Entered: 01/23/2018) |
| 02/27/2018 | 84 | Motion to Withdraw as Attorney by Plaintiff Craig Cunningham. Response due 3/6/2018. (Sage, Roger) (Entered: 02/27/2018) |
| 03/07/2018 | 85 | ** TEXT ONLY ORDER ** Soon after the Seventh Circuit issued a decision vacating this court's judgment and remanding the case for further proceedings, plaintiff's counsel filed a motion to withdraw. Dkt. 84 . Counsel does not cite any reason for seeking leave to withdraw, nor does he indicate that he notified his client of his motion. I will DENY the motion without prejudice to counsel refiling with an explanation of his reasons and a certificate of service. Signed by District Judge James D. Peterson on 3/7/2018. (voc) (Entered: 03/07/2018) |
| 03/14/2018 | 86 | Amended Motion to Withdraw as Attorney by Plaintiff Craig Cunningham. Response due 3/21/2018. (Sage, Roger) (Entered: 03/14/2018) |
| 03/15/2018 | 87 | ** TEXT ONLY ORDER ** Plaintiff's counsel's motion for leave to withdraw, Dkt. 86 , is GRANTED. Signed by District Judge James D. Peterson on 3/15/2018. (voc) (Entered: 03/15/2018) |
| 03/15/2018 | 88 | JUDGMENT from USCA vacating the judgment and remanding to District Court as to 40 Notice of Appeal, filed by Emailmyvmail.com, Inc., Tollfreezone.com, Inc., dba |

| | | |
|---|---|---|
| | | DOCauditor.com, PODmusicgear.com, Inc., Michael Montes, Mydataguys.com, LLC, Tollfreezone.com, Inc. No record to be returned. (Attachments:<br># 1 Appellate Opinion,<br># 2 Bill of Costs,<br># 3 Mandate) (jef),(ps) (Entered: 03/15/2018) |
| 03/19/2018 | 89 | ORDER directing the clerk of court to set a telephone conference before Magistrate Judge Stephen Crocker to determine whether pro se plaintiff Craig Cunningham wishes to present evidence concerning service-of-process issues and set a schedule for trial. Signed by District Judge James D. Peterson on 3/19/2018. (jef),(ps) (Entered: 03/19/2018) |
| 03/19/2018 | | Set Telephone Pretrial or Status Conference: Telephone Status Conference set for 4/4/2018 at 02:00 PM before Magistrate Judge Stephen L. Crocker. Plaintiff responsible for contacting the court at (608) 264-5153. Once plaintiff's call has been received, the court will then include counsel for defendant in the conference call. (jef),(ps) (Entered: 03/20/2018) |
| 03/20/2018 | 90 | Motion for Release of Funds / Order to Return Garnished Funds by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin),(ps) (Entered: 03/20/2018) |
| 03/20/2018 | 91 | Affidavit of Kevin Trost filed by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 90 Motion for Release of Funds, (Attachments:<br># 1 Exhibit A - Proceedings in Case No. 2017-25050 (Montgomery County, PA),<br># 2 Exhibit B- Letter dated 3/5/18 to Craig Cunningham,<br># 3 Certificate of Service) (Trost, Kevin),(ps) Modified on 3/21/2018. (lak) (Entered: 03/20/2018) |
| 03/20/2018 | 92 | Affidavit of Jon C. Sirlin filed by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 90 Motion for Release of Funds. (Trost, Kevin),(ps) Modified on 3/21/2018: Captioned for Pennsylvania state court. (lak) (Entered: 03/20/2018) |
| 03/20/2018 | 93 | Bill of Costs by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. Motions referred to Peter A. Oppeneer, Clerk of Court. (Trost, Kevin),(ps) (Entered: 03/20/2018) |
| 03/20/2018 | 94 | Affidavit of Kevin Trost filed by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 93 Bill of Costs, (Attachments:<br># 1 Exhibit A - Court Reporter Invoice, Insty-Prints Invoices, Partnership Credit Card Usage Authorization, Unpaid Toll Notice,<br># 2 Certificate of Service) (Trost, Kevin),(ps) Modified on 3/21/2018. (lak) (Entered: 03/20/2018) |
| 03/20/2018 | | Set Briefing Deadlines as to 90 Motion for Release of Funds /Order to Return Garnished Funds. Plaintiff's response due 3/27/2018. There will be no reply. (nln),(ps) Modified on 3/20/2018 (nln). (Entered: 03/20/2018) |
| 03/21/2018 | | Set Deadlines as to 93 Bill of Costs. Plaintiff's Objection to Bill of Costs due 4/2/2018. |

| | | |
|---|---|---|
| | | Defendants' Brief in Support to Bill of Costs due 4/12/2018. Plaintiff's Brief in Reply in Opposition to Bill of Costs due 4/17/2018. (nln),(ps) (Entered: 03/21/2018) |
| 03/28/2018 | 95 | ** TEXT ONLY ORDER ** <br> Plaintiff Craig Cunningham has not opposed defendants' motion for an order returning garnished funds, Dkt. 90 , so the court will GRANT it. By April 9, 2018, Cunningham must return to defendants the $9,134.96 garnished pending appeal. His failure to do so may expose him to sanctions. Signed by District Judge James D. Peterson on 3/28/2018. (elc),(ps) (Entered: 03/28/2018) |
| 04/04/2018 | | Minute Entry for proceedings held before Magistrate Judge Stephen L. Crocker: Telephone Preliminary Pretrial Conference - Pro Se held on 4/4/2018 [:35] (cak),(ps) (Entered: 04/04/2018) |
| 04/04/2018 | 96 | ** TEXT ONLY ORDER ** <br> At the April 4, 2018 telephonic scheduling conference, plaintiff requested an evidentiary hearing at which he intends to prove evasion of service by defendant Montes (who now is willing to accept service on behalf of all defendants). That hearing is set for May 24, 2018 at 9:00 a.m. All parties should be prepared to present all evidence and arguments at this hearing. Post-hearing briefing will be at Judge Peterson's discretion. April 16, 2018 is defendants' deadline to file a motion objecting to holding a hearing, with plaintiff's response due by April 26, 2018. The court also set the usual trial schedule, which will be commemorated in a pretrial conference order to follow. Signed by Magistrate Judge Stephen L. Crocker on 4/4/2018. (nln),(ps) (Entered: 04/04/2018) |
| 04/06/2018 | 97 | ORDER on Bill of Costs: Costs Taxed in favor of Defendants in the amount of $131.00. Signed by Peter A. Oppeneer, Clerk of Court on 4/6/18. (jat),(ps) (Entered: 04/06/2018) |
| 04/10/2018 | 98 | Pretrial Conference Order - Dispositive Motions due 12/3/2018. Rule 26(a)(3) Disclosures and all motions in limine due 5/10/2019. Responses due 5/24/2019. Final Pretrial Conference set for 6/5/2019 at 04:00 PM. Jury Selection and Trial set for 6/10/2019 at 09:00 AM. Signed by Magistrate Judge Stephen L. Crocker on 4/10/2018. (jef),(ps) (Entered: 04/10/2018) |
| 04/16/2018 | 99 | Motion for Sanctions by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme, (Attachments: <br> # 1 Certificate of Service) (Trost, Kevin),(ps) Modified on 4/17/2018. (lak) (Entered: 04/16/2018) |
| 04/16/2018 | 100 | Affidavit of Kevin Trost filed by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 99 Motion for Sanctions. (Trost, Kevin),(ps) (Entered: 04/16/2018) |
| 04/16/2018 | 101 | Motion to Strike *Evidentiary Hearing* by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme, (Attachments: <br> # 1 Certificate of Service) (Trost, Kevin),(ps) (Entered: 04/16/2018) |
| 04/17/2018 | | Set Briefing Deadlines as to 99 Motion for Sanctions, 101 Motion to Strike *Evidentiary Hearing*. Plaintiff's response due 4/26/2018. There will be no reply. (nln),(ps) (Entered: 04/17/2018) |
| 04/25/2018 | 102 | Notice by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba |

| | | |
|---|---|---|
| | | DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: <u>99</u> Motion for Sanctions. *(Letter Regarding Garnished Funds)*. (Trost, Kevin),(ps) Modified on 4/26/2018. (lak) (Entered: 04/25/2018) |
| 04/26/2018 | <u>103</u> | Brief in Opposition by Plaintiff Craig Cunningham re: <u>99</u> Motion for Sanctions, filed by defendants. (Attachments:<br># <u>1</u> Certificate of Service) (jef),(ps) (Entered: 04/26/2018) |
| 05/01/2018 | <u>104</u> | Brief in Opposition by Plaintiff Craig Cunningham re: <u>101</u> Motion to Strike Evidentiary Hearing filed by Emailmyvmail.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, PODmusicgear.com, Inc., Michael Montes, Tollfreezone.com, Inc., dba mobile trackme, Mydataguys.com, LLC, Tollfreezone.com, Inc. (Attachments:<br># <u>1</u> Certificate of Service) (elc),(ps) (Entered: 05/01/2018) |
| 05/02/2018 | <u>105</u> | ORDER denying <u>99</u> motion for sanctions; granting in part <u>101</u> motion to strike the evidentiary hearing. By May 17, 2018, each side must disclose to the other the evidence that they plan to present at the May 24 evidentiary hearing. Signed by District Judge James D. Peterson on 5/2/2018. (jef),(ps) (Entered: 05/02/2018) |
| 05/17/2018 | <u>106</u> | Certificate of Service by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin),(ps) (Entered: 05/17/2018) |
| 05/24/2018 | <u>107</u> | Minute Entry for proceedings held before District Judge James D. Peterson: Evidentiary Hearing held on 5/24/2018. (Court Reporter LS.) [1:03] (nln),(ps) (Entered: 05/24/2018) |
| 05/24/2018 | <u>108</u> | Plaintiff's Exhibits presented at May 24, 2018 Evidentiary Hearing. (Attachments:<br># <u>1</u> Page 1 of Declaration of Michael Montes (Dkt. 29),<br># <u>2</u> Copy of Summons as to Michael Montes, Proof of Service, and Certified Mail Returned Unclaimed filed in Middle District of TN Case No. 15-cv-554,<br># <u>3</u> Copy of Summons as to TollFreezone.com, Proof of Service, and Certified Mail Returned Unclaimed filed in Middle District of TN Case No. 15-cv-554,<br># <u>4</u> Copy of Summons as to Michael Montes, Proof of Service, and Certified Mail Returned Unclaimed filed in Middle District of TN Case No. 16-cv-222,<br># <u>5</u> Copy of printout of Judgment information in State of Missouri ex rel v. Tollfreezone.com, Inc., Case No. 12SL-CC00837,<br># <u>6</u> Copy of news release dated 12/4/15 from Office of Commissioner Brandon Presley, Mississippi Public Service Commission) (nln),(ps) (Entered: 05/24/2018) |
| 05/25/2018 | <u>109</u> | ORDER regarding the hearing on service. The case will proceed on the merits. Signed by District Judge James D. Peterson on 5/25/2018. (jef),(ps) (Entered: 05/25/2018) |
| 09/07/2018 | <u>110</u> | Notice of Appearance filed by David Brian Levin for Plaintiff Craig Cunningham. (Levin, David),(ps) (Entered: 09/07/2018) |
| 09/27/2018 | <u>111</u> | Motion to Amend/Correct *Preliminary Pretrial Conference Order* by Plaintiff Craig Cunningham. Response due 10/4/2018. (Levin, David) Modified on 9/27/2018. (lak) (Entered: 09/27/2018) |
| 10/04/2018 | <u>112</u> | Response Stating No Opposition by Defendants Emailmyvmail.com, Inc., John/Jane Doe 1-10, Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: <u>111</u> Motion to Amend/Correct filed by Craig Cunningham. (Trost, Kevin) (Entered: 10/04/2018) |
| 10/05/2018 | 113 | ** TEXT ONLY ORDER **<br>Plaintiff's unopposed motion to amend the preliminary pretrial conference order, Dkt. <u>111</u> |

| | | |
|---|---|---|
| | | , is GRANTED. Plaintiff's expert disclosures are due by November 30, 2018. Defendants' expert disclosures are due by January 4, 2019. Dispositive motions are due by January 25, 2019. Signed by District Judge James D. Peterson on 10/5/2018. (voc) (Entered: 10/05/2018) |
| 10/11/2018 | 114 | Motion for Leave to File *First Amended Complaint* by Plaintiff Craig Cunningham. (Attachments: # 1 Proposed First Amended Complaint) (Levin, David) Modified on 10/11/2018. (lak) (Entered: 10/11/2018) |
| 10/12/2018 | | Set Response Deadline as to 114 Motion for Leave to File *First Amended Complaint*. Brief in Opposition due 10/19/2018. (voc/ddg) (Entered: 10/12/2018) |
| 10/19/2018 | 115 | Brief in Opposition by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 114 Motion for Leave to File filed by Craig Cunningham. (Trost, Kevin) (Entered: 10/19/2018) |
| 11/28/2018 | 116 | ORDER granting 114 Motion for Leave to File Amended Complaint. Signed by District Judge James D. Peterson on 11/28/2018. (voc) (Entered: 11/28/2018) |
| 11/28/2018 | 117 | FIRST AMENDED COMPLAINT against All Defendants, filed by Craig Cunningham. (Levin, David) (Entered: 11/28/2018) |
| 12/12/2018 | 118 | ANSWER to Amended Complaint by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) (Entered: 12/12/2018) |
| 01/16/2019 | 119 | Notice by Plaintiff Craig Cunningham. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Connexum, LLC c/o Matthew C. Mullhoffer)*. (Levin, David) (Entered: 01/16/2019) |
| 01/25/2019 | 120 | Motion for Leave to File Second Amended Complaint and Deposition by Plaintiff Craig Cunningham. Brief in Opposition due 2/1/2019. Brief in Reply due 2/8/2019. (Attachments: # 1 Proposed Amended Complaint, # 2 Deposition of Michael Montes) (Levin, David) Modified on 1/25/2019. (lak) (Entered: 01/25/2019) |
| 01/25/2019 | 121 | **MOTION FOR SUMMARY JUDGMENT** by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. Brief in Opposition due 2/15/2019. Brief in Reply due 2/25/2019. (Trost, Kevin) (Entered: 01/25/2019) |
| 01/25/2019 | 122 | Brief in Support of 121 Motion for Summary Judgment, by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) (Entered: 01/25/2019) |
| 01/25/2019 | 123 | Disregard. See 129 . Modified on 1/29/2019. (lak) (Entered: 01/25/2019) |
| 01/25/2019 | 124 | Disregard. See 130 . Modified on 1/29/2019. (lak) (Entered: 01/25/2019) |
| 01/25/2019 | 125 | Proposed Findings of Fact by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., dba |

| | | DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) (Entered: 01/25/2019) |
|---|---|---|
| 01/28/2019 | 126 | Deposition of Craig Cunningham taken on 1/15/19. (Trost, Kevin) (Entered: 01/28/2019) |
| 01/28/2019 | 127 | Deposition of Michael Montes taken on 1/14/19. (Trost, Kevin) (Entered: 01/28/2019) |
| 01/28/2019 | 128 | Disregard. See 131 . Modified on 2/1/2019. (lak) (Entered: 01/28/2019) |
| 01/28/2019 | 129 | Declaration of Michael Montes filed by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 121 Motion for Summary Judgment, (Attachments: # 1 Exhibit A - Excerpt from Michael Montes Deposition taken in Case No. 16 cv 222 - Middle District of Tennessee) (Trost, Kevin) Modified on 1/29/2019: Counsel has not filed this deposition in its entirety and in condensed format. Has been advised. (lak) (Entered: 01/28/2019) |
| 01/28/2019 | 130 | Declaration of Kevin Trost filed by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 121 Motion for Summary Judgment, (Attachments: # 1 Exhibit A - Pages from Craig Cunningham Deposition (See 126 for complete deposition.), # 2 Exhibit B - Pages from Michael Montes Deposition (See 127 for complete deposition.), # 3 Exhibit C - Defendants' Responses to Plaintiff's Interrogatories, # 4 Exhibit D - Craig Cunningham Deposition Exhibit 7 - E-mail dated January 7, 2019; Exhibit 8 - Chart; Exhibit 11 - Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents (Several pages are blank.); Exhibit 12 - Chart, # 5 Exhibit E - Case: Cunningham v. TechStorm, LLC, 2018 U.S. Dist. LEXIS 105774, # 6 Exhibit F - Case: Tel. Sci. Corp. v. Asset Recovery Solutions, LLC, 2016 U.S. Dist. LEXIS 104234, # 7 Exhibit G - Case: Morris v. Unitedhealthcare Ins. Co., 2016 U.S. Dist. LEXIS 168288) (Trost, Kevin) Modified on 1/29/2019. (lak) (Entered: 01/28/2019) |
| 01/31/2019 | 131 | Deposition of Michael Montes taken on 2/2/18 *in Case No. 16-cv-222 - Middle District of Tennessee.* (Trost, Kevin) (Entered: 01/31/2019) |
| 02/01/2019 | 132 | Brief in Opposition by Defendants Emailmyvmail.com, Inc., Michael Montes, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 120 Motion for Leave to File, filed by Craig Cunningham. (Trost, Kevin) (Entered: 02/01/2019) |
| 02/04/2019 | 133 | Motion to Compel *Response to Subpoena to Michael Montes* by Plaintiff Craig Cunningham. Motions referred to Magistrate Judge Stephen L. Crocker. Response due 2/11/2019. (Attachments: # 1 Exhibit A - Subpoena to Michael Montes, # 2 Exhibit B - Letter from Kevin Trost to David Levin) (Levin, David) Modified on 2/5/2019. (lak) (Entered: 02/04/2019) |
| 02/06/2019 | | Set Telephone Motion Hearing as to 133 Motion to Compel *Response to Subpoena to Michael Montes*. Telephone Motion Hearing set for 2/26/2019 at 03:00 PM before Magistrate Judge Stephen L. Crocker. Counsel for Plaintiff responsible for setting up the call to chambers at (608) 264-5153. (voc) (Entered: 02/06/2019) |
| 02/08/2019 | 134 | Brief in Reply by Plaintiff Craig Cunningham in Support of 120 Motion for Leave to |

| | | |
|---|---|---|
| | | File, (Attachments:<br># 1 Appellate Opinion - Santora v. Starwood Hotel and Resorts Worldwide, Inc.,<br># 2 Appellate Opinion - Serfecz v. Jewel Food Stores, Inc.) (Levin, David) (Entered:<br>02/08/2019) |
| 02/11/2019 | 135 | Brief in Opposition by Defendant Michael Montes re: 133 Motion to Compel, filed by<br>Craig Cunningham. (Trost, Kevin) (Entered: 02/11/2019) |
| 02/12/2019 | 136 | ORDER granting in part and denying in part 120 Motion for Leave to File second<br>amended complaint. Signed by District Judge James D. Peterson on 2/12/2019. (voc)<br>(Entered: 02/12/2019) |
| 02/15/2019 | 137 | Brief in Opposition by Plaintiff Craig Cunningham re: 121 Motion for Summary<br>Judgment, filed by Emailmyvmail.com, Inc., Tollfreezone.com, Inc., dba<br>DOCauditor.com, PODmusicgear.com, Inc., Tollfreezone.com, Inc., dba mobile trackme,<br>Michael Montes, Jr, Mydataguys.com, LLC, Tollfreezone.com, Inc. (Attachments:<br># 1 See 140 .,<br># 2 See 141 .) (Levin, David) Modified on 2/15/2019. (lak) (Entered: 02/15/2019) |
| 02/15/2019 | 138 | Response to Proposed Findings of Fact filed by Plaintiff Craig Cunningham re: 121<br>Motion for Summary Judgment. (Levin, David) (Entered: 02/15/2019) |
| 02/15/2019 | 139 | Proposed Findings of Fact filed by Plaintiff Craig Cunningham re: 121 Motion for<br>Summary Judgment. (Levin, David) (Entered: 02/15/2019) |
| 02/15/2019 | 140 | Declaration of Craig Cunningham filed by Plaintiff Craig Cunningham re: 121 Motion<br>for Summary Judgment. (lak) (Entered: 02/15/2019) |
| 02/15/2019 | 141 | Declaration of David B. Levin filed by Plaintiff Craig Cunningham re: 121 Motion for<br>Summary Judgment, (Attachments:<br># 1 Exhibit - Exhibit Number 4 from the Deposition of Michael Montes) (lak) (Entered:<br>02/15/2019) |
| 02/25/2019 | 142 | Brief in Reply by Defendants Emailmyvmail.com, Inc., Michael Montes, Jr,<br>Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc.,<br>Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile<br>trackme in Support of 121 Motion for Summary Judgment. (Trost, Kevin) (Entered:<br>02/25/2019) |
| 02/25/2019 | 143 | Declaration of Kevin Trost filed by Defendants Emailmyvmail.com, Inc., Michael<br>Montes, Jr, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc.,<br>Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile<br>trackme re: 121 Motion for Summary Judgment, (Attachments:<br># 1 Exhibit A - Serban v. CarGurus, Inc., 2018 U.S. Dist. LEXIS 40412 (N.D. Ill. Mar.<br>12, 2018)) (Trost, Kevin) Modified on 2/26/2019. (lak) (Entered: 02/25/2019) |
| 02/25/2019 | 144 | Response to Proposed Findings of Fact filed by Defendants Emailmyvmail.com, Inc.,<br>Michael Montes, Jr, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com,<br>Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile<br>trackme re: 121 Motion for Summary Judgment. (Trost, Kevin) (Entered: 02/25/2019) |
| 02/25/2019 | 145 | Reply in Support of Proposed Findings of Fact filed by Defendants Emailmyvmail.com,<br>Inc., Michael Montes, Jr, Mydataguys.com, LLC, PODmusicgear.com, Inc.,<br>Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com,<br>Inc., dba mobile trackme re: 121 Motion for Summary Judgment. (Trost, Kevin)<br>(Entered: 02/25/2019) |
| 03/04/2019 | 146 | ** TEXT ONLY ORDER **<br>At a February 26, 2019 telephonic hearing, after discussion with counsel for both sides, |

| | | |
|---|---|---|
| | | the court GRANTED plaintiff's motion (dkt. 133 ) to compel compliance with a subpoena duces tecum. Defendant's deadline to provide the requested information is March 19, 2019. Signed by Magistrate Judge Stephen L. Crocker on 3/4/2019. (voc) (Entered: 03/04/2019) |
| 03/14/2019 | 147 | Stipulated Motion for Protective Order by Defendants Emailmyvmail.com, Inc., Michael Montes, Jr, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) Modified on 3/14/2019. (lak) (Entered: 03/14/2019) |
| 03/14/2019 | 148 | ** TEXT ONLY ORDER ** <br> The parties' stipulated protective order 147 is accepted and entered as the court's order. Signed by Magistrate Judge Stephen L. Crocker on 3/14/2019. (voc) (Entered: 03/14/2019) |
| 04/03/2019 | 149 | Notice of Supplemental Authority by Plaintiff Craig Cunningham re 137 Brief in Opposition, (Attachments: <br> # 1 Spiegel v. EngageTel Inc.) (Levin, David) Modified on 4/4/2019: Linked to the pending motion. (lak) (Entered: 04/03/2019) |
| 04/10/2019 | 150 | Response to 149 Notice of Supplemental Authority by Defendants Emailmyvmail.com, Inc., Michael Montes, Jr, Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme . (Trost, Kevin) (Entered: 04/10/2019) |
| 04/29/2019 | 151 | Motion for Sanctions *For Spoliation of Evidence* by Plaintiff Craig Cunningham, (Attachments: <br> # 1 Exhibit 1 - Letter dated 2/26/2018, <br> # 2 Exhibit 2 - Letter dated March 5, 2018, <br> # 3 Exhibit 3 - Declaration of Craig Cunningham dated April 29, 2019 and refiled as entry 152 ., <br> # 4 Exhibit 4 - Placeholder for Video, <br> # 5 Exhibit 5 - Deposition of Michael James Montes taken April 18, 2019 (Also see 153 .), <br> # 6 Exhibit 6 - FCC Form 499) (Levin, David) Modified on 4/30/2019: Added exhibit descriptions. Detailed e-mail sent to counsel. (lak) (Entered: 04/29/2019) |
| 04/29/2019 | 152 | Declaration of Craig Cunningham filed by Plaintiff Craig Cunningham re: 151 Motion for Sanctions. (Levin, David) (Entered: 04/29/2019) |
| 04/30/2019 | | Set Briefing Deadlines as to 151 Motion for Sanctions *For Spoliation of Evidence*. Brief in Opposition due 5/10/2019. Brief in Reply due 5/17/2019. (voc/slc) (Entered: 04/30/2019) |
| 04/30/2019 | 153 | Deposition of Michael James Montes taken on 04/18/2019. (Levin, David) (Entered: 04/30/2019) |
| 05/03/2019 | 154 | ORDER granting in part and denying in part 121 Motion for Summary Judgment. It is ordered that defendant's motion for summary judgment is granted with respect to defendants MyDataGuys.com, LLC, PodMusicGear.com, Inc., and EmailMyVmail.com, Inc. Those defendants are dismissed from the suit. The motion is otherwise denied. Signed by District Judge James D. Peterson on 5/2/2019. (voc) (Entered: 05/03/2019) |
| 05/08/2019 | 155 | Unopposed Motion to Appear by Telephone at Final Pretrial by Plaintiff Craig Cunningham. (Levin, David) (Entered: 05/08/2019) |
| 05/08/2019 | 156 | Declaration of Craig Cunningham filed by Plaintiff Craig Cunningham re: 155 Unopposed Motion to Appear by Telephone. (Levin, David) (Entered: 05/08/2019) |

| 05/09/2019 | 157 | ** TEXT ONLY ORDER **<br>Plaintiff Craig Cunningham has moved for leave to appear at the final pretrial conference on June 5, 2019 by telephone. Dkt. 155 . His attorney, David Levin, will appear at the conference in person, so Cunningham need not attend at all if he is otherwise occupied. But the court will GRANT Cunningham's motion and allow him to appear by telephone if he would like. Signed by District Judge James D. Peterson on 5/9/2019. (voc) (Entered: 05/09/2019) |
| --- | --- | --- |
| 05/10/2019 | 158 | Proposed Jury Instructions - Liability and Damages *and Verdict Form* by Plaintiff Craig Cunningham. (Levin, David) (Entered: 05/10/2019) |
| 05/10/2019 | 159 | Proposed Voir Dire by Plaintiff Craig Cunningham. (Levin, David) (Entered: 05/10/2019) |
| 05/10/2019 | 160 | Motion in Limine *to Prohibit Evidence of Plaintiff's Litigation History* by Plaintiff Craig Cunningham. (Levin, David) (Entered: 05/10/2019) |
| 05/10/2019 | 161 | Rule 26(a)(3) Pretrial Disclosures by Plaintiff Craig Cunningham, (Attachments: # 1 See 168 .) (Levin, David) Modified on 5/13/2019. (lak) (Entered: 05/10/2019) |
| 05/10/2019 | 162 | Proposed Jury Instructions - Liability and Damages by Defendants Michael Montes, Jr., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) (Entered: 05/10/2019) |
| 05/10/2019 | 163 | Proposed Special Verdict - Liability and Damages by Defendants Michael Montes, Jr., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) (Entered: 05/10/2019) |
| 05/10/2019 | 164 | Proposed Voir Dire by Defendants Michael Montes, Jr, Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) (Entered: 05/10/2019) |
| 05/10/2019 | 165 | Motion in Limine by Defendants Michael Montes, Jr, Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) (Entered: 05/10/2019) |
| 05/10/2019 | 166 | Rule 26(a)(3) Pretrial Disclosures by Defendants Michael Montes, Jr, Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme, (Attachments: # 1 See 169 .) (Trost, Kevin) Modified on 5/13/2019. (lak) (Entered: 05/10/2019) |
| 05/10/2019 | 167 | Brief in Opposition by Defendants Michael Montes, Jr, Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 151 Motion for Sanctions, filed by Craig Cunningham. (Trost, Kevin) (Entered: 05/10/2019) |
| 05/13/2019 | 168 | Exhibit List by Plaintiff Craig Cunningham. (lak) (Entered: 05/13/2019) |
| 05/13/2019 | 169 | Exhibit List by Defendants Michael Montes, Jr., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (lak) (Entered: 05/13/2019) |
| 05/13/2019 | 170 | Deposition of Christopher G. Hall taken on 05/03/2019. (Attachments: # 1 Exhibit 1 - Connexum Subpoena, # 2 Exhibit 2 - Call log) (Levin, David) (Entered: 05/13/2019) |
| 05/14/2019 | 171 | ** TEXT ONLY ORDER **<br>Court staff has received a call about appearances at the final pretrial conference. Any request for relief must be made in writing. To be clear: the court expects counsel for both sides to be present in person at the final pretrial conference. Neither Cunningham nor Montes needs to appear at all. The courtroom can take only one incoming call at a time, |

| | | so Cunningham and Montes can appear by telephone only if they join each other on a conference call and provide the court with a single number to reach them both. Signed by District Judge James D. Peterson on 5/14/2019. (voc) (Entered: 05/14/2019) |
|---|---|---|
| 05/17/2019 | 172 | Disregard. See 173 . Modified on 5/20/2019. (lak) (Entered: 05/17/2019) |
| 05/20/2019 | 173 | Brief in Reply by Plaintiff Craig Cunningham in Support of 151 Motion for Sanctions. (lak) (Entered: 05/20/2019) |
| 05/24/2019 | 174 | Response to Proposed Liability and Damages Jury Instructions *and Special Verdict Form* by Plaintiff Craig Cunningham. (Levin, David) (Entered: 05/24/2019) |
| 05/24/2019 | 175 | Objection to Rule 26(a)(3) Designations by Plaintiff Craig Cunningham. (Levin, David) (Entered: 05/24/2019) |
| 05/24/2019 | 176 | Objections to Trial Exhibits by Plaintiff Craig Cunningham. (Levin, David) (Entered: 05/24/2019) |
| 05/24/2019 | 177 | Response to Proposed Voir Dire *Questions* by Plaintiff Craig Cunningham. (Levin, David) (Entered: 05/24/2019) |
| 05/24/2019 | 178 | Brief in Opposition by Plaintiff Craig Cunningham re: 165 Motion in Limine filed by Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme, Michael Montes, Jr., Tollfreezone.com, Inc. (Levin, David) (Entered: 05/24/2019) |
| 05/24/2019 | 179 | Brief in Opposition by Defendants Michael Montes, Jr, Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 160 Motion in Limine filed by Craig Cunningham. (Trost, Kevin) (Entered: 05/24/2019) |
| 05/24/2019 | 180 | Objections to 158 Proposed Jury Instructions *(Proposed Special Verdict)* by Defendants Michael Montes, Jr, Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) Modified on 5/28/2019. (lak) (Entered: 05/24/2019) |
| 05/24/2019 | 181 | Objections to 158 Proposed Jury Instructions by Defendants Michael Montes, Jr, Tollfreezone.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) (Entered: 05/24/2019) |
| 05/24/2019 | 182 | Objections to Trial Exhibits by Defendants Michael Montes, Jr, Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) (Entered: 05/24/2019) |
| 05/24/2019 | 183 | Objections to 159 Proposed Voir Dire by Defendants Michael Montes, Jr, Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme. (Trost, Kevin) (Entered: 05/24/2019) |
| 05/24/2019 | 184 | Declaration of Kevin Trost by Defendants Michael Montes, Jr, Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme (Attachments: # 1 Exhibit A - Cunningham v. Florio, 2018 WL 4473792 (E.D. Tex. Aug. 6, 2018), # 2 Exhibit B - Gadelhak v. AT&T, Inc., 2019 WL 1429346 (N.D. Ill. Mar. 29, 2019)) (Trost, Kevin) Modified on 5/28/2019. (lak) (Entered: 05/24/2019) |
| 05/31/2019 | 185 | Proposed Jury Instructions - Liability and Damages *(Supplement to Plaintiff's Proposed Instructions)* by Plaintiff Craig Cunningham. (Levin, David) (Entered: 05/31/2019) |
| 06/03/2019 | 186 | Notice by Defendants Michael Montes, Jr, Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme re: 171 Text Only Order. (Trost, Kevin) Modified on 6/3/2019. (lak) (Entered: 06/03/2019) |

| 06/05/2019 | 187 | ORDER Distributing Draft Voir Dire, Jury Instructions and Special Verdict Forms.. Signed by District Judge James D. Peterson on 6/5/2019. (Attachments: <br># 1 Preliminary Instructions, <br># 2 Voir Dire, <br># 3 Post-Trial Jury Instructions, <br># 4 Special Verdict) (voc) (Entered: 06/05/2019) |
|---|---|---|
| 06/05/2019 | 188 | Minute Entry for proceedings held before District Judge James D. Peterson: Final Pretrial Conference held on 6/5/2019. Trial predicted to last 3 days. 14 jurors will be called forward. 8 jurors will be empaneled. [1:35] <br><br>Attention: In the event of a settlement of this matter over the weekend, counsel are advised to contact the Clerk of Court at (608) 287-4875 or the Chief Deputy Clerk at (608) 354-8004. (Court Reporter CS.) (voc) (Entered: 06/05/2019) |
| 06/07/2019 | 189 | Final Pretrial Conference Order. Signed by District Judge James D. Peterson on 6/7/2019. (voc) (Entered: 06/07/2019) |
| 06/07/2019 | 190 | Motion to Admit Steven Gene Perry Pro Hac Vice. ( Pro Hac Vice fee $ 100 receipt number 0758-2480842.) by Plaintiff Craig Cunningham. Motions referred to Magistrate Judge Stephen L. Crocker. (Perry, Steven) (Entered: 06/07/2019) |
| 06/07/2019 | 191 | Proposed Jury Instructions - Liability and Damages *Proposed Amendments* by Plaintiff Craig Cunningham (Levin, David) (Entered: 06/07/2019) |
| 06/07/2019 | 192 | ORDER Distributing Jury Instructions and Voir Dire. Signed by District Judge James D. Peterson on 6/7/2019. (Attachments: <br># 1 Preliminary Jury Instructions, <br># 2 Voir Dire) (voc) (Entered: 06/07/2019) |
| 06/10/2019 | 193 | ** TEXT ONLY ORDER ** <br>ORDER granting 190 Motion to Admit Steven Gene Perry Pro Hac Vice. Signed by Magistrate Judge Peter A. Oppeneer on 6/10/2019. (lak) (Entered: 06/10/2019) |
| 06/10/2019 | | Set/Reset Trial Date: 2nd Day Jury Trial set for 6/11/2019 at 09:00 AM (voc) (Entered: 06/10/2019) |
| 06/10/2019 | 194 | ORDER Distributing Jury Instructions and Verdict Form. Signed by District Judge James D. Peterson on 6/10/2019. (Attachments: <br># 1 Post-trial Jury Instruction, <br># 2 Verdict Form) (ddg) (Entered: 06/10/2019) |
| 06/10/2019 | 195 | Minute Entry for proceedings held before District Judge James D. Peterson: Jury Selection and First Day of Trial held on 6/10/2019. Trial continues. [5:15] (Court Reporter CS.) (voc) (Entered: 06/11/2019) |
| 06/12/2019 | 196 | Minute Entry for proceedings held before District Judge James D. Peterson: 2nd Day Jury Trial held on 6/11/2019. Liability verdict returned in favor of Craig Cunningham. [3:24] (Court Reporter CS.) (voc) (Entered: 06/12/2019) |
| 06/12/2019 | 197 | Statement and Voir Dire. (voc) (Entered: 06/12/2019) |
| 06/12/2019 | 198 | Introductory Jury Instructions. (voc) (Entered: 06/12/2019) |
| 06/12/2019 | 199 | Liability Jury Instructions. (voc) (Entered: 06/12/2019) |
| 06/12/2019 | 200 | Jury Verdict - Liability: Verdict returned in favor of Plaintiff Craig Cunningham. (voc) (Entered: 06/12/2019) |
| 06/12/2019 | 201 | Court Exhibits (Attachments: |

| | | # 1 Exhibit 1- Jury Question, # 2 Exhibit 2- Jury Question & Answer) (voc) (Entered: 06/12/2019) |
|---|---|---|
| 06/12/2019 | | Briefing set re: Damages - Brief in Support due 8/2/2019. Brief in Opposition due 8/16/2019. Brief in Reply due 8/23/2019. (voc) (Entered: 06/12/2019) |
| 07/08/2019 | 202 | Transcript of First Day of Jury Trial (Testimony of Craig Cunningham), held 6/10/2019 before Judge James D. Peterson. Court Reporter: CS. Please review the court's new policy regarding electronic transcripts of court proceedings: see Electronic Transcript Instructions. (voc) (Entered: 07/08/2019) |
| 07/08/2019 | 203 | Transcript of First Day of Jury Trial (Testimony of Michael Montes ), held 6/10/2019 before Judge James D. Peterson. Court Reporter: CS. Please review the court's new policy regarding electronic transcripts of court proceedings: see Electronic Transcript Instructions. (voc) (Entered: 07/08/2019) |
| 07/08/2019 | 204 | Transcript of Second Day of Jury Trial (Testimony of Michael Montes), held 6/11/2019 before Judge James D. Peterson. Court Reporter: CS. Please review the court's new policy regarding electronic transcripts of court proceedings: see Electronic Transcript Instructions. (voc) (Entered: 07/08/2019) |
| 08/02/2019 | 205 | Motion for Enhanced Damages *and for Entry of Judgment on Jury Verdict* by Plaintiff Craig Cunningham. (Levin, David) (Entered: 08/02/2019) |
| 08/16/2019 | 206 | Brief in Opposition by Defendants Michael Montes, Jr, Tollfreezone.com, Inc. re: Issue being briefed, 205 Motion for Enhanced Damages filed by Craig Cunningham. (Trost, Kevin) (Entered: 08/16/2019) |
| 08/23/2019 | 207 | Brief in Reply by Plaintiff Craig Cunningham in Support of 205 Motion for Enhanced Damages. (Levin, David) (Entered: 08/23/2019) |
| 02/07/2020 | 208 | ORDER granting 205 Motion for Enhanced Damages Plaintiff awarded enhanced damages in the amount of $31,500. Signed by District Judge James D. Peterson on 2/6/2020. (voc) (Entered: 02/07/2020) |
| 02/07/2020 | 209 | JUDGMENT in favor of Craig Cunningham against Tollfreezone.com, Inc. and Michael Montes, Jr. in the amount of $31,500.00. (JDP /PAO) (voc) (Entered: 02/07/2020) |
| 02/21/2020 | 210 | Motion to Deposit Funds *(to Freeze Bank Accounts and to Order Funds Paid into Court's Registry Pending Appeal)* by Plaintiff Craig Cunningham. Response due 2/28/2020. (Levin, David) (Entered: 02/21/2020) |
| 02/21/2020 | 211 | Bill of Costs by Plaintiff Craig Cunningham. Motions referred to Peter A. Oppeneer, Clerk of Court. Objection to Bill of Costs due 3/2/2020. Brief in Support to Bill of Costs due 3/12/2020. Brief in Reply in Opposition to Bill of Costs due 3/17/2020. (Attachments: # 1 receipts for costs) (Levin, David) (Entered: 02/21/2020) |
| 03/02/2020 | 212 | Objection to Bill of Costs by Defendants Michael Montes, Jr, Tollfreezone.com, Inc. re: 211 Bill of Costs filed by Craig Cunningham (Trost, Kevin) (Entered: 03/02/2020) |
| 03/09/2020 | 213 | ORDER granting in part and denying in part 210 Motion to Deposit Funds (to Freeze Bank Accounts and to Order Funds Paid into Court's Registry Pending Appeal) by Plaintiff Craig Cunningham. Signed by District Judge James D. Peterson on 3/9/2020. (voc) (Entered: 03/09/2020) |
| 03/10/2020 | 214 | Affidavit of Andrea Roth *Pursuant to Court Order of 3/9/20*. (Attachments: # 1 Exhibit Ex. A - Fax to Wells Fargo) (Trost, Kevin) (Entered: 03/10/2020) |
| 04/27/2020 | 215 | ** TEXT ONLY ORDER ** |

| | | Plaintiff has submitted a bill of costs totaling $4,041.57. Dkt. 211 . Defendants object to two items totaling $270.00. Dkt. 212 . Plaintiff has not submitted any reply. The court sustains the objections, and awards costs in the amount of $3,771.57. Defendants state that they were awarded costs on their successful appeal of the previous judgment and ask that those costs be offset against plaintiff's award. The parties are encouraged to make payment arrangements in light of the countervailing obligations. But the court sees no basis for offsetting defendants' costs on appeal against plaintiff's award of costs in this case. Signed by District Judge James D. Peterson on 4/27/2020. (voc) (Entered: 04/27/2020) |
|------------|-----|---|
| 10/28/2021 | 216 | Acknowledgment of Assignment of Judgment by Plaintiff Craig Cunningham. (Attachments: # 1 Envelope) (voc) (Entered: 10/28/2021) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/05/2021 17:27:14 | | |
| **PACER Login:** | jshelton595:4787298:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:16-cv-00761-jdp |
| **Billable Pages:** | 19 | **Cost:** | 1.90 |

# EXHIBIT 2

Case 8:21-cv-01888-PSG   Document 6   Filed 11/12/21   Page 36 of 68   Page ID #:52
Case 8:21-mc-00027-UA   Document 1   Filed 10/21/21   Page 1 of 3   Page ID #:1
Case: 3:16-cv-00761-jdp   Document #: 209   Filed: 02/06/20   Page 1 of 1



Fee Paid

## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

    Plaintiff,

                        Case No. 16-cv-761-jdp

    v.
                             8 : 21 - MC - 00027 - UA

MICHAEL MONTES JR. and
TOLLFREEZONE.COM, INC.,

    Defendants.

---

### JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

plaintiff Craig Cunningham against defendants Michael Montes Jr. and

TollFreeZone.com in the amount of $31,500.

 

Approved as to form this  **6ᵀᴴ**  day of February, 2020.

_James D. Peterson_
James D. Peterson
District Judge

_Peter Oppeneer_             _2/6/20_
Peter Oppeneer            Date
Clerk of Court

A TRUE COPY, Certified
10/12/2021

Peter Oppeneer, Clerk
U.S. District Court
Western District of Wisconsin
BY
Deputy Clerk

AO 451 (Rev. 12/12)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| Craig Cunningham | ) |
| *Plaintiff* | ) |
| v. | ) |
| Michael Montes , Jr. and TollFreeZone.com | ) |
| *Defendant* | ) |

Civil Action No.  3:16-cv-761-jdp

8 : 21 · MC - 00027-UA

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     02/07/2020     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:     10/12/2021

*CLERK OF COURT*

s/ A. Wiseman, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

# **EXHIBIT 3**

FILED
CLERK U.S. DISTRICT COURT

OCT 2 8 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___DNE___ DEPUTY

1  James E. Shelton
   316 Covered Bridge Road
2  King of Prussia, PA 19406
   (484) 312-3300
3  jamie@finalverdictsolutions.com

4  Assignee of Record, In Pro Per

5

6          IN THE UNITED STATES DISTRICT COURT
       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
7

8  CRAIG CUNNINGHAM                )    Case No. 8:21-mc-00027
                                   )
9          Plaintiff                )
                                   )
10                                  )
       vs.                         )    **ACKNOWLEDGEMENT OF**
11 MICHAEL MONTES JR., &           )    **ASSIGNMENT OF JUDGMENT**
   TOLLFREEZONE.COM, INC.          )
12                                  )    **[CCP § 673]**
                                   )
13     Defendants                  )

14          COMES NOW CRAIG CUNNINGHAM, Plaintiff in this matter, and hereby provides the

15 following in support of an ASSIGNMENT OF JUDGMENT:

16     1) THAT Judgment was entered in the United States District Court for the Western District of

17        Wisconsin on February 7, 2020.

18     2) THAT the Judgment was registered in this Court pursuant to 28 U.S.C. § 1963 on October

19        21, 2021.

20     3) THAT Plaintiff was awarded the amount of $31,500.00 against Defendants MICHAEL

21        MONTES JR. and TOLLFREEZONE.COM, INC.

22     4) THAT there have been no renewals since the entry of said judgment and that Plaintiff has

23        received $0.00 of judgment from judgment debtor(s).

24     5) CRAIG CUNNINGHAM, whose address is 3000 Custer Road, Ste 270-206, Plano, TX

25        75075, is the judgment creditor of record.

26     6) THAT the last known address for MICHAEL MONTES JR., judgment debtor, is 135

27        Riverview Road, Fort Myers, FL 33905.

28

                                1

           ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT
           CRAIG CUNNINGHAM v. MICHAEL MONTES JR., et. al

7) THAT the last known address for TOLLFREEZONE.COM, INC., judgment debtor, is 26961 Via La Mirada, San Juan Capistrano, CA 92675.

8) That I, CRAIG CUNNINGHAM, judgment creditor, hereby transfer, and assign all title, rights, and interest in the judgment to the following person:

> JAMES E. SHELTON
> 316 Covered Bridge Road
> King of Prussia, PA 19406

9) THAT Assignor acknowledges that this is an absolute assignment without recourse and that the rights represented by this judgment that are assigned to the assignee, James E. Shelton are all of the assignor's rights, title and interest in the judgment awarded in the above-entitled action. This is an absolute assignment for the full amount of the judgment with allowed costs and accrued interest thereon at the legal rate from and after the date of entry of this judgment.

10) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

Signed this 24th day of October, 2021

BY: _____
Craig Cunningham
Original Judgment Creditor

Sworn and Subscribed before me this 24th day of October, 2021

MELIENE ROUSSEL
Notary Public, State of Texas
Comm. Expires 10-20-2024
(Notary Seal) 132736119

_____
Notary Signature

2

ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT
CRAIG CUNNINGHAM v. MICHAEL MONTES JR., et. al

# EXHIBIT 4

**Dr. Shirley N. Weber**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, November 4, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C2716790   TOLLFREEZONE.COM, INC.

| | |
|---|---|
| **Registration Date:** | 01/07/2005 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | FTB SUSPENDED |
| **Agent for Service of Process:** | ** RESIGNED ON 04/16/2012 |
| | * |
| **Entity Address:** | 26961 VIA LA MIRADA |
| | SAN JUAN CAPISTRANO CA 92675 |
| **Entity Mailing Address:** | 26961 VIA LA MIRADA |
| | SAN JUAN CAPISTRANO CA 92675 |

*This entity is not eligible for online records requests. To order a Certificate of Status, please complete and return the*
**Business Entities Records Order Form**

| Document Type ⬍ | File Date ⬍ | PDF |
|---|---|---|
| AGENT RESIGNED | 04/16/2012 | |
| SI-COMPLETE | 02/21/2007 | |
| REGISTRATION | 01/07/2005 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

## EXHIBIT 4, Pg. 1



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Domestic Stock Corporation)

**S**

# E-371617

# FILED

In the office of the Secretary of State
of the State of California

## Feb - 21 2007

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**

### IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)

C2716790

TOLLFREEZONE.COM, INC.

26961 VIA LA MIRADA
SAN JUAN CAPISTRANO, CA 92675

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year.  Please see reverse for additional information regarding publicly traded corporations.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 26961 VIA LA MIRADA    SAN JUAN CAPISTRANO, CA  92675 | | |

| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 26961 VIA LA MIRADA    SAN JUAN CAPISTRANO, CA 92675 | | | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 4. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| MICHAEL  JAMES  MONTES  26961 VIA LA MIRADA    SAN JUAN CAPISTRANO, CA 92675 | | | |

| 5. SECRETARY/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| AMY  LOUISE  MONTES  26961 VIA LA MIRADA    SAN JUAN CAPISTRANO, CA 92675 | | | |

| 6. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| MICHAEL  JAMES  MONTES  26961 VIA LA MIRADA    SAN JUAN CAPISTRANO, CA 92675 | | | |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| MICHAEL JAMES MONTES    26961 VIA LA MIRADA    SAN JUAN CAPISTRANO, CA 92675 | | | |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

10. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:  0

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 12 must be completed with a California address.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 12 must be left blank.

11. NAME OF AGENT FOR SERVICE OF PROCESS

DAVID  SPARKS

| 12. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 30 CORPORATE PARK    IRVINE, CA 92606 | | | |

**TYPE OF BUSINESS**

13. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

TELEMARKETING

14. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| MICHAEL JAMES MONTES | | PRESIDENT | 02/21/2007 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| SI-200 C (REV 03/2005) | **EXHIBIT 4, Pg. 2** | APPROVED BY SECRETARY OF STATE |
|---|---|---|

# **EXHIBIT 5**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

        Plaintiff,

   v.

MICHAEL MONTES, Tollfreezone.com, Inc.,        Case No. 16-cv-761
Mydataguys.com, LLC, Podmusicgear.com,
Inc., Tollfreezone.com, Inc., dba
Docauditor.com, Tollfreezone.com, Inc., dba
Mobile Trackme, Emailmyvmail.Com, Inc.,
and John and Jane Does 1-10,

        Defendants.

## DECLARATION OF MICHAEL MONTES

I, Michael Montes, declare pursuant to 28 U.S.C. § 1746, as follows with regard to the

discovery disclosures ordered by the Court at its hearing on June 20, 2017:

    1.     The settlor and beneficiary of the trust that owns the Somerset property.

Response: My wife Amy and I are the settlors and beneficiaries of the trust.

    2.     Who lives at the Somerset property.

Response: No one.  It is a rural farm property that is rented out for events.  My wife runs this

event business and cooks for the events.

    3.     Where Defendant Michael Montes lives.

Response: 26961 Via La Mirada, San Juan Capistrano, CA 92675. This address is identified in

the Plaintiff's Complaint filed on February 16, 2016, in the United States District Court for the

Middle District of Tennessee.  Attached as Exhibit A is a copy of a portion of the Plaintiff's

**EXHIBIT 5, pg. 1**

Complaint in that lawsuit showing he was aware of my home address prior to filing the current lawsuit.

   4.  Where Montes has lived for the past three years.

Response: 26961 Via La Mirada, San Juan Capistrano, CA 92675.

   5.  All travel to Wisconsin by Montes and his wife in the past three years.

Response:  5/5/17 – 6/13/17

      3/22/17 – 4/5/17

      1/25/17 – 2/12/17

      Mid Nov. – 11/22/16

      10/26/16 – 10/31/16

      Late Sept. – 10/1/16

      8/23/16 – Late August

      5/28/16 – 6/14/16

      5/11/16 – 5/23/16

      4/15/16 – 5/2/16

      3/13/16 – 3/20/16

      1/5/16 – 2/26/16

      2014 – 2015: Spent several weeks during these years in WI.

The vast majority of these trips concerned my wife's event business.

   6.  All Facebooks posts by Montes and his wife in the past three years.

Response:  My wife and I frequently post to our Facebook accounts. Facebook only let me print out a certain number of posts. Attached as Exhibit B are the posts on my wife's page that Facebook let me print out. There are 88 pages in the pdf covering approximately one year.

2

<strong>EXHIBIT 5</strong>

Attached as <u>Exhibit C</u> are the posts from my page that Facebook let me print out. There are 650 pages in the pdf going back to January of this year.

      7.     The principal place of business of each of the defendant businesses.

Response: All of the defendant businesses are set up for 26961 Via La Mirada, San Juan Capistrano, CA 92675. The only company that has anything to do with the telephone dialing industry is TollFreeZone.com, Inc., and it is a California corporation.

      8.     Finally, I apologize for not providing my address to the sheriff's deputy during a phone call in November 2016. I remember having concerns during the phone call whether the call was real and whether I was speaking with a sheriff's deputy from Wisconsin. Other than this one confusing phone call, I had no knowledge of the present lawsuit until this May. I sincerely request that this Court not enter a default judgment against me totaling hundreds of thousands of dollars for my actions during one phone call.

      9.     The claims alleged against me are meritless. None of the companies that are defendants in this lawsuit make auto-dialed phone calls. I also do not make such calls.

      10.    I have retained counsel to appear and defend my interests in both the Wisconsin and Tennessee lawsuits. Attached as <u>Exhibit D</u> is a copy of the Notice of Appearance filed by my legal counsel in the Tennessee lawsuit. The Complaint filed in the United States District Court for the Middle District of Tennessee makes the same type of claims as are alleged in the present lawsuit. Attached as <u>Exhibit E</u> is a copy of the Plaintiff's First Amended Complaint filed August 15, 2016, in that action alleging TCPA violations against the same defendants as are named in the present lawsuit.

      11.    If the Court would like me to appear at the hearing on July 18, 2017, I can make arrangements to appear by phone.

3

**EXHIBIT 5**

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Dated July 5, 2017.

_____
Michael Montes

# EXHIBIT 5

# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

                    Plaintiff,

          -vs-                              Case No. 16-cv-761

MICHAEL MONTES,
Tollfreezone.com, Inc.,
Mydataguys.com, LLC,
Podmusicgear.com, Inc.,
Tollfreezone.com, Inc.,
dba Docauditor.com,
Tollfreezone.com, Inc.,
dba Mobile Trackme,
Emailmyvmail.com, Inc., and
John and Jane Does 1-10,

                    Defendants.

                         Deposition of MICHAEL J. MONTES,

taken at the instance of the Plaintiff, under and

pursuant to Federal Rule of Civil Procedure 30, before

Sarah F. Pelletter, RPR, a Notary Public in and for the

State of Wisconsin, at Axley Brynelson, LLP,

Two East Mifflin Street, Suite 200, Madison, Wisconsin,

on January 14, 2019, commencing at 9:55 a.m. and

concluding at 1:36 p.m.

Case 8:21-cv-01888-PSG   Document 6   Filed 11/12/21   Page 51 of 68   Page ID #:67
Case: 3:16-cv-00761-jdp   Document #: 120-2   Filed: 01/25/19   Page 2 of 137
DEPOSITION OF MICHAEL J. MONTES   01/14/2019

```
 1                    A P P E A R A N C E S

 2

 3     LAW OFFICES OF TODD M. FRIEDMAN, by
       MR. DAVID B. LEVIN,
 4     333 Skokie Boulevard, Suite 103,
       Northbrook, Illinois  60062,
 5          appeared on behalf of the Plaintiff.

 6

 7     AXLEY BRYNELSON, LLP, by
       MR. KEVIN D. TROST,
       Two East Mifflin Street, Suite 200,
 8     Madison, Wisconsin  53703,
            appeared on behalf of the Defendants.

 9

10     Also present:  Craig R. Cunningham

11

12

13                       I N D E X

14
       Examination:                              Page
15
       By Mr. Levin                                 4
16     By Mr. Trost                               116
       By Mr. Levin                               119
17

18     Exhibits Identified:                      Page

19     1     Subpoena to produce documents, information,   22
             or objects or to permit inspection of
20           premises in a civil action

21     2     Autodialer123.com signup form            23

22     3     Service terms of use from the website     26
             Autodialer123.com
23
       4     Print screen from Autodialer123.com website  28
24
       5     Print screen from Your Mississippi Courts   61
25           website
```

DEPOSITION OF MICHAEL J. MONTES      01/14/2019

```
 1   6     New Release entitled Presley Announces      64
           $440,000 Fine for Alleged No Call
 2         Violations

 3   7     Email dated 1/7/19 to Kevin Trost from      76
           David Levin attaching list of links to
 4         instructional YouTube videos

 5

 6    (The original exhibits were attached to the original
          transcript and PDFs were provided to counsel)
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
              (The original transcript was filed with
25                   Mr. David B. Levin)
```

                                 3

Case 8:21-cv-01888-PSG   Document 6   Filed 11/12/21   Page 53 of 68   Page ID #:69
Case: 3:16-cv-00761-jdp   Document #: 120-2   Filed: 01/25/19   Page 4 of 137
DEPOSITION OF MICHAEL J. MONTES      01/14/2019

|   |   |
|---|---|
| 1 | MICHAEL J. MONTES, called as a |
| 2 | witness, being first duly sworn, testified on |
| 3 | oath as follows: |
| 4 | EXAMINATION |
| 5 | BY MR. LEVIN: |
| 6 | Q   Good morning.  Could you please state your full |
| 7 | name for the record. |
| 8 | A   Michael James Montes. |
| 9 | Q   And what is your date of birth, Mr. Montes? |
| 10 | A   5/14/1968. |
| 11 | Q   What is your current home address? |
| 12 | A   135 Riverview Road, Fort Myers, Florida 33905. |
| 13 | Q   Do you own or rent at that residence? |
| 14 | A   Rent. |
| 15 | Q   How long have you resided there? |
| 16 | A   Since June of last year. |
| 17 | Q   June of 2018? |
| 18 | A   Uh-huh. |
| 19 | MR. TROST:  Is that yes? |
| 20 | A   Yes. |
| 21 | Q   Have you ever given a deposition before? |
| 22 | A   Yes. |
| 23 | Q   How many times? |
| 24 | A   Twice, I think. |
| 25 | Q   Can you tell me what kind of cases those were? |

09:55AM (line 5)
09:55AM (line 10)
09:56AM (line 15)
09:56AM (line 20)
09:56AM (line 25)

4

1    STATE OF WISCONSIN )
                       ) ss.
2    COUNTY OF DANE    )

3

4        I, Sarah F. Pelletter, a Registered Professional

5    Reporter and Notary Public in and for the State of

6    Wisconsin, do hereby certify that the foregoing

7    deposition of MICHAEL J. MONTES was taken before me

8    on January 14, 2019, and reduced to writing by me, a

9    professional court reporter and disinterested person,

10   approved by all parties in interest and thereafter

11   converted to typewriting using computer-aided

12   transcription.

13       I further certify that I am not related to nor

14   an employee of counsel or any of the parties to the

15   action, nor am I in any way financially interested in

16   the outcome of this case.

17       IN WITNESS WHEREOF, I have hereunto set my hand

18   and affixed my notarial seal of office at Madison,

19   Wisconsin, this 17th day of January 2019.

20

21

22                         _____

23                         Notary Public, State of Wisconsin
                           My Commission Expires 7/26/2020

24   iRecord    Digitally signed by Rebecca
                A. Witherspoon
                Date: 2019.01.17 14:49:07
25   Excellence in Court Reporting -06'00'

                          123

# EXHIBIT 7

RECORDING REQUESTED BY
CHICAGO  TITLE  COMPANY
AND WHEN RECORDED MAIL TO

```
┌                                  ┐
  MR. MICHAEL MONTES
  29621 VIA LA MIRADA
  SAN JUAN CAPISTRANO, CA 92675
└                                  ┘
```

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
RESIDENTIAL DIVISION

```
┌                  ┐
└                  ┘
```

Escrow No. 38548150 - S69   915927 AW
Order No.  38548150

Recorded in Official Records, County of Orange
Tom Daly, Clerk-Recorder

**30.00**

**2003000619538 04:05pm 05/28/03**

203 73 G02 3

467.50 467.50 0.00 20.00 4.00 0.00 0.00 0.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS  $935.00
- [ ] unincorporated area   [X] City of  SAN JUAN CAPISTRANO
- [X] computed on the full value of the interest or property conveyed, or is
- [ ] computed on the full value less the value of liens or encumbrances remaining at time of sale, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
RICHARD L. DANSON and ELAINE T. DANSON, husband and wife as joint tenants

hereby **GRANT(S)** to
MICHAEL /MONTES , a Married Man, as His sole and Separate property
   JAMES

the following described real property in the  City of SAN JUAN CAPISTRANO
County of  ORANGE                    , State of California:
LOT 101 OF TRACT NO. 8087, IN THE CITY OF SAN JUAN CAPISTRANO, AS PER MAP RECORDED IN
BOOK 331, PAGES 27 TO 32, INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY, AN AMENDED BY CERTIFICATE OF CORRECTION RECORDED OCTOBER 7,
1974, IN BOOK 11259, PAGE 105 OF OFFICIAL RECORDS.

1015

**EXHIBIT "A"**
**LEGAL DESCRIPTION**

Dated  April 15, 2003

STATE OF  California
COUNTY OF  Orange                    } SS.
On  4/24/03              before me,
PEGGY BRENNAN
a Notary Public in and for said County and State, personally appeared
RICHARD L. DANSON AND
ELAINE T DANSON
personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_RICHARD L. DANSON_

_ELAINE T. DANSON_

PEGGY BRENNAN
COMM. #1264907
Notary Public California
ORANGE COUNTY
My Commission Exp. 6/19/04

Signature of Notary          Date  6/19/04  My Commission Expires          FOR NOTARY SEAL OR STAMP

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE: IF NO PARTY SO SHOWN, MAIL AS DIRECTED ABOVE

Name                    Street Address                    City, State & Zip

GD1 --05/30/97bk

**GOVERNMENT CODE 27361.7**

I CERTIFY UNDER PENALTY THAT THE NOTARY SEAL ON THE DOCUMENT TO
WHICH THIS STATEMENT IS ATTACHED READS AS FOLLOWS:

NAME OF NOTARY:                    PEGGY BRENNAN

DATE COMMISSION EXPIRES:          6-19-04

COUNTY WHERE BOND IS FILED:       ORANGE   COUNTY

COMMISSION NUMBER:                1264907

VENDOR NO:                        ARS1

PLACE OF EXECUTION:          SANTA ANA, CALIFORNIA

DATE:                        May 28, 2003


SIGNATURE:          _____

FIRST AMERICAN TITLE INSURANCE COMPANY

**Exhibit "A"**

LOT 101 OF TRACT NO. 8087, AS SHOWN ON A MAP RECORDED IN BOOK 331, PAGES 27 TO 32, BOTH
INCLUSIVE OF MISCELLANEOUS MAPS, AND AMENDED BY CERTIFICATE OF CORRECTION RECORDED
OCTOBER 7, 1974 IN BOOK 11259, PAGE 1015 OF OFFICIAL RECORDS, RECORDS OF ORANGE COUNTY,
CALIFORNIA.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A
DEPTH OF 500 FEET, MEASURED FROM THE SURFACE OF SAID LAND, WITHOUT HOWEVER, ANY RIGHT
OF SAID LAND, WITHOUT HOWEVER ANY RIGHT OF SURFACE ENTRY FOR ANY PURPOSE WHATSOEVER
AS CONVEYED TO CROCKER NATIONAL BANK, TRUSTEE OF THE HOWARD L. KRUM ESTATE, BY DEED
RECORDED OCTOBER 5, 1973 IN BOOK 10933, PAGE 677 OF OFFICIAL RECORDS.

# EXHIBIT 8

RECORDING REQUESTED BY
CHICAGO   TITLE   COMPANY
AND WHEN RECORDED MAIL TO

Recorded In Official Records, Orange County

Tom Daly, Clerk-Recorder

MICHAEL JAMES MONTES
26921 VIA LA MIRADA
SAN JUAN CAPISTRANO, CA 92675

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖   **6.00**

**2005000377906 10:32am 05/17/05**

113 28 G02 1

0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

Escrow No.  58522006 - S69
Order No.  58522006 - S04

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS   NO CONSIDERATION-TRANSFER INTO TRUST

☐ unincorporated area   ☒ City of  SAN JUAN CAPISTRANO

☒ computed on the full value of the interest or property conveyed, or is

☐ computed on the full value less the value of liens or encumbrances remaining at time of sale, and

FOR A VALUABLE CONSIDERATION , receipt of which is hereby acknowledged,
MICHAEL JAMES MONTES, a married man as his sole and separate property

hereby GRANT(S) to
MICHAEL J. MONTES, JR. AND AMY MONTES, TRUSTEES OF THE MONTES FAMILY REVOCABLE 2001
TRUST, DATED MAY 17, 2001.

the following described real property in the  City of SAN JUAN CAPISTRANO
County of  ORANGE                       , State of California:

LOT 101 OF TRACT NO. 8087, IN THE CITY OF SAN JUAN CAPISTRANO, AS PER MAP RECORDED IN
BOOK 331, PAGES 27 TO 32, INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY, AN AMENDED BY CERTIFICATE OF CORRECTION RECORDED OCTOBER 7,
1974, IN BOOK 11259, PAGE 105 OF OFFICIAL RECORDS.

Dated  May 10, 2005

STATE OF CALIFORNIA
COUNTY OF ORANGE                                   } SS.
On  05/10/05                        before me,        MICHAEL  JAMES  MONTES

PEGGY  BRENNAN
a Notary Public in and for said County and State, personally appeared
MICHAEL JAMES MONTES

personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

```
          PEGGY BRENNAN
          COMM. # 1490839
    NOTARY PUBLIC-CALIFORNIA
          ORANGE COUNTY
   My Comm. Expires JUN 19, 2008
```

WITNESS my hand and official seal

_____                6/19/08
Signature of Notary               Date My Commission Expires          FOR NOTARY SEAL OR STAMP

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE: IF NO PARTY SO SHOWN, MAIL AS DIRECTED ABOVE

Name                              Street Address                    City, State & Zip

GD1 -05/30/97bk

# EXHIBIT 9



HOME   ABOUT   CONTACT   RESOURCES

# Ocean View Pool Villa

26961 VIA LA MIRADA, SAN JUAN CAPISTRANO, CA 92675

## Have questions? Contact us.

### Reach Out to Us

Name: *

Email: *

☐ Check here to receive email updates

Subject: *

Message: *

SUBMIT

### Our Location

26961 Via La Mirada, San Juan Capistrano, CA 92675

Michael and Amy Montes | 26961 Via La Mirada, San Juan Capistrano, CA 92675 |
Michael 949.683.0498 Mike@MikeMontes.com -or- Amy 714.336.9056 Amy@AmyMontes.com

http://www.vrbo.com/693213

Copyright 2013. michael montes. All rights reserved.



HOME   ABOUT   CONTACT   RESOURCES

# Ocean View Pool Villa

26961 VIA LA MIRADA, SAN JUAN CAPISTRANO, CA 92675

## About this property



### About the Home

If you are looking for an amazing ocean view home sitting on a quarter acre high above the sparkling pacific ocean. Full ocean, city, and hills views from the property will leave you feeling peaceful and relaxed. Enjoy the pool with a shallow and deep end and hot tup spa that is controlled by a wireless remote panel. Glass fencing in the rear gives you awesome views too. 4 bedrooms sleeps 10 including the sleeper couch. The master bath is an oasis with a jetted soaking tub and a huge walk in shower with two heads for showering with your favorite someone. The property is so close to Doheney Beach you could almost roll your car to it.

### More Photos

Click here to view photos

Check out this video CLICK HERE
Check out this video CLICK HERE

### By the Week

30 day or one month Minimum Stay CALL FOR MONTHLY RATE AND AVAILABILITY 714.336.9056

We do not allow events on the property.

Copyright 2013, michael montes. All rights reserved.



## EXPANSIVE OCEAN VIEW, POOL HOME. CLOSE TO BEACH, HARBOR & HIKING TRAILS!

### About this rental

**House** — 4 bedrooms — 3 bathrooms — **Spaces**
3200 sq. ft.   5 beds · Sleeps 8   3 full baths   Kitchen · Living Room · Deck/Patio

### Amazing Views

This home has it all...Like a private villa it maximizes the outdoors. With its sparkling heated pool and hot tub in the back yard to it's open double doors in the front and sitting area, you will enjoy its amazing ocean and city views from the front & backyard. Catalina Island is right out there too. 4 Bedrooms sleeps 8 (2 king beds, 1 queen, 2 twins and a pull out couch). Due to new city ordinances this property has a 30 day minimum so it is a month to month rental.

Hosted by Michael and Amy Moeres

**$734** avg/night
★★★★★ 13 reviews
Exceptional 5/5

⊕ Add dates for total pricing

Check availability

♡ Free cancellation up to 60 days before check-in

Michael and Amy Moeres
Contact host

Property # 692213

← → C 🔒 https://www.vrbo.com/693213

About   Rooms & beds   Amenities   Policies   Reviews   Map   Host   Rates & Availability

# Hosted by Michael and Amy Montes

Member Since 2015

## About Michael and Amy Montes

Amy and I have been in the property business for over 25 years.. We have decided since we have been experiencing other areas to turn our gem into a place others can enjoy too... We love this house and think you will too..

## Why Michael and Amy Montes chose San Juan Capistrano

This property has it all ...Pool, spa, fire pit, 4 bedrooms, 3 bathrooms, wifi, cable, TVs, huge poker table (came out of an actual casino), super close proximity to San Diego to L.A. and everything in between... Set on a quarter acre overlooking the Pacific Ocean, you will literally be on top of the hill...

## What makes this House unique

Heated pool, heated spa, internet wifi, cable tv, bbq,

View less about Michael and Amy Montes

**Languages:** English

[ Contact host ]

It's easy to contact hosts and keep track of all your messages when you have a Vrbo account.

[ Sign up | Log in ]

$734 avg/night

★★★★★ 13 Reviews

Exceptional 5/5

ⓘ Add dates for total pricing

| Check In | Check Out |
| Guests | |

[ Check availability ]

🛡 Free cancellation up to 60 days before check-in

Michael and Amy Montes
Contact host

Property # 693213

WHATEVER YOU'RE CHECKING OUT, CHECK IN TO A HOTEL BY WYNDHAM

WYNDHAM

[ BOOK NOW ]



About   Rooms & beds   Amenities   Policies   Reviews   Map   Host   Rates & Availability

$734 avg/night
★★★★★ 13 Reviews
Exceptional! 5/5

Add dates for total pricing

Check In          Check Out

Guests

**Check availability**

Free cancellation up to 60 days before check-in

Michael and Amy Montes
Contact host

Property # 693213

# 13 Reviews
★★★★★ Exceptional! 5/5

## Capistrano Beauty
5/5 ★★★★★ Stayed Oct 2021
Robert P.

Wonderful residence. Beautiful pool and spectacular view of the ocean

Published Oct 30, 2021

## Ocean View
5/5 ★★★★★ Stayed Sep 2021
Rachelle D.

Very nice view and close to the horse park!

Published Oct 14, 2021

## BREATHTAKING!! Just what the doctor ordered!!
5/5 ★★★★★ Stayed Sep 2021
Allison L.

Communication before, during, and after our stay was exceptional! Amy was prompt, courteous, and on top of every detail. Just AMAZING!! The property was exactly what we needed! It is located up the hill a bit, perfectly secluded for peace and quiet, yet close to the store, the beach, the horse track and the Totoza dealership!! It was clean, smelled nice, and had everything that we needed for the week! We all took advantage of the cool morning ocean breeze and overlooked the boats leaving and enter the bay. We even enjoyed the pairs of red tailed hawks, butterflies, hummingbirds, and we even saw a white owl searching the canyon for his next meal. The pool and spa were heated to perfection and the fire pit was a plus for roasting marshmallows! Lots of great memories for my sister and my 50th birthday! Would definitely recommend!!! Great job and we love your home!! All my best! Allison L.

Published Sep 14, 2021

**PRESS FIRMLY T**

**PRESS FIRML**



**UN**
**POS**

■ Expected delivery

■ Most domestic shi

■ USPS Tracking® in

■ Limited internation

■ When used internat

*Insurance does not cover
Domestic Mail Manual at h
** See International Mail M

**FLAT RAT**
ONE RATE ■ ANY

**TRACKED ■ INSURED**

**TY®**

**FRO**

**PRI**
★ M

FROM:

*Retail*



**UNITED STATES**
**POSTAL SERVICE.**

**P**  | US POSTAGE PAID
| **$8.70**  Origin: 19406
11/09/21
4160900806-09

**PRIORITY MAIL 2-DAY®**

0 Lb 13.60 Oz

**1006**

EXPECTED DELIVERY DAY:  11/13/21

C013

SHIP
TO:
411 W 4TH ST
SANTA ANA CA 92701-4500

**USPS TRACKING® #**

9505 5158 8221 1313 5365 15

*INT* (handwritten)

ge.

To schedule free Package Pickup,
scan the QR code.



**USPS.COM/PICKUP**



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

U.S.
Cler
Ron
411
Sant

Label 228,

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

*Retail*

S POSTAGE PAID
**$8.70**
Origin: 19406
11/09/21
4160900806-09

**TY**®

**MAIL 2-DAY**®

0 Lb 13.60 Oz

**1006**

DAY: 11/13/21

pply).*

ons.

**C013**

92701-4500

**TRACKING® #**

rage.



8221 1313 5365 15

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 1 2 2021

FROM: CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY DEPUTY

**PRIORITY**®
★ **MAIL** ★


UNITED STATES
POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406

TO:

U.S. District Court
Clerk's Office
Ronald Reagan Federal Building and U.S. Courthouse
411 West 4th Street, Room 1053
Santa Ana, CA 92701-4516

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

)

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

ay 2020
2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.