LINK #5   JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SA CV 21-1888-PSG

| | |
|---|---|
| CRAIG CUNNINGHAM<br><br>Plaintiff<br><br>v.<br><br>MICHAEL MONTES JR., et. al<br><br>Defendants | Case No. 8:21-mc-00027<br><br>ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS<br><br>[Rule 4(c), Fed. R. Civ. R.; Local Rules 4, 5 and 64-2]<br><br>[No Hearing Required] |

Having considered the request of James E. Shelton (the "Creditor"), pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rules 4, 5 and 64-2 of the Local Rules of Practice of the United States District Court for the Central District of California, to designate Stephanie Jones, a CA Registered Process Server, whose business address is 25141 La Jolla Way #D, Laguna Niguel, CA 92677, as an authorized and specially appointed process server in this action and;

Having considered Creditor's request to authorize Stephanie Jones to serve any Writs of Execution and other judgment enforcement; and

Having considered Creditor's request that the U.S. Marshal's Office remain the Levying Officer.

1

IT IS HEREBY ORDERED that Creditor's request is granted. Stephanie Jones is appointed to serve any Writs of Execution and other judgment enforcement items necessary in this action. It is further ordered that the U.S. Marshal's Office shall remain the Levying Officer.

Dated: 11/17/21

UNITED STATES DISTRICT JUDGE