# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Craig Cunningham | CASE NUMBER |
| | 8:21-cv-01888-PSG |
| PLAINTIFF(S) | |
| v. | |
| Michael Montes et al | NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT |
| DEFENDANT(S) | |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☐ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☒ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

☐ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☐ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☒ Other:

The Writ of Execution references "See text only entry signed by James D. Peterson on April 27, 2020, Case No. 3:16-cv-00761-jdp, ECF No. 213 (awarding plaintiff costs in the amount of $3,771.57)." This entry must be on our docket for us to issue this Writ of Execution.


Clerk, U. S. District Court


January 31, 2022

Date

By   D. Tamayo

Deputy Clerk

James E. Shelton, Assignee of Record, In Pro Per
316 Covered Bridge Road
King of Prussia, PA 19406
Tel: 484-312-3300
Fax: 484-854-2583
Email: Jamie@finalverdictsolutions.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Craig Cunningham | CASE NUMBER |
|---|---|
| | 8:21-cv-01888-PSG |
| PLAINTIFF(S) | |
| v. | |
| Michael Montes Jr., et. al | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |
| DEFENDANT(S). | |

☐ State of California, County of _____

☒ State of PENNSYLVANIA_____, County of MONTGOMERY_____

I, James E. Shelton_____ hereby state under penalty of perjury that,

1.  Judgment for $ 31,500.00_____ was entered on 10/22/2021_____ on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Craig Cunningham_____ as Judgment Creditor, and against Michael Montes Jr. & Tollfreezone.com, Inc._____ as Judgment Debtors.

    **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 3:16-cv-00761-jdp_____ in the United States District Court for the Western_____ District of Wisconsin_____ and which has become FINAL.

2.  I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3.  ACCRUED since the entry of judgment in the Western_____ District of Wisconsin_____ are the following sums:
    $ 0.00_____ accrued interest, computed at 1.50_____% *(See note.)*
    $ 3,771.57_____ accrued costs, see Text Only Order entered 04/27/2020 by District Judge James D.
    Peterson in Case No. 3:16-00761-jdp, ECF No. 213, awarding plaintiff $3,771.57 in costs
Credit must be given for payments and partial satisfaction in the amount of $ 0.00_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at King of Prussia_____,
State of Pennsylvania_____, this 22nd_____ date of January_____, 2022_____.


_James E. Shelton_____
Signature

**\*Note:  Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**

James E. Shelton, Assignee of Record, In Pro Per
316 Covered Bridge Road
King of Prussia, PA 19406
Tel: 484-312-3300
Fax: 484-854-2583
Email: Jamie@finalverdictsolutions.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Craig Cunningham | | CASE NUMBER: 8:21-cv-01888-PSG |
| | Plaintiff(s) | |
| v. | | |
| Michael Montes Jr. | | **WRIT OF EXECUTION** |
| | Defendant(s) | |

**TO:   THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On 10/22/2021 _____ a judgment was entered in the above-entitled action in favor of:

Craig Cunningham

as Judgment Creditor and against:

Tollfreezone.com, Inc., and Michael Montes Jr., aka Michael Montes, aka Michael J. Montes, aka
Michael J. Montes, Jr., aka Michael James Montes

as Judgment Debtor, for:

| $ | 31,500.00 | Principal, |
|---|---|---|
| $ | 0.00 | Attorney Fees, |
| $ | 0.00 | Interest **, and |
| $ | 3,771.57 | Costs, making a total amount of *** |
| $ | 35,271.57 | **JUDGMENT AS ENTERED** |

*** *See* Text Only Order signed by U.S. District Judge James D. Peterson on April 27, 2020, Case No. 3:16-
cv-00761-jdp, ECF No. 213 (awarding plaintiff costs in the amount of $3,771.57).

**\*\*NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE
DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central _____ **District of** California _____ , to wit:

$ _____ 0.00 accrued interest, and

$ _____ 0.00 accrued costs, making a total of

$ _____ 0.00 **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____ 35,271.57 **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____ 35,271.57 Is due on the judgment as entered and bears interest at 1.50 _____ percent per annum, in the amount of $ 1.31 _____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: _____          By: _____

Deputy Clerk

---

**WRIT OF EXECUTION**

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Michael Montes Jr., aka Michael Montes, aka Michael J. Montes, aka Michael J. Montes, Jr., aka Michael James Montes

135 Riverview Road, Fort Myers, FL 33905

Michael Montes Jr., aka Michael Montes, aka Michael J. Montes, aka Michael J. Montes, Jr., aka Michael James Montes

26961 Via La Mirada San Juan Capistrano, CA 92675

Tollfreezone.com, Inc.

26961 Via La Mirada San Juan Capistrano, CA 92675

Tollfreezone.com, Inc.

135 Riverview Road Fort Myers, FL 33905

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**



UNITED STATES POSTAL SERVICE.

Retail

**PRESS FIRMLY T(** ... **PRESS FIRMLY**

**P**

US POSTAGE PAID

**$8.95**

Origin: 19406
01/26/22
4160900806-09

PRIORITY MAIL 2-DAY®

0 Lb 6.80 Oz

1004

EXPECTED DELIVERY DAY:   01/29/22

C013

SHIP
TO:
411 W 4TH ST
SANTA ANA CA  92701-4500

USPS TRACKING® #

9505 5158 8221 2026 5669 12

- **Expected delivery**
- **Most domestic sh**
- **USPS Tracking® ir**
- **Limited internatior**
- **When used interna**

*Insurance does not cove
Domestic Mail Manual at
** See International Mail N

**FLAT RAT**
**ONE RATE ■ ANY**

apply).*

ions.

erage.

**PRIC**
★ M
FROM: Ja
3/(
Ksh

TO

**TRACKED ■ INSURED**

To schedule free Package Pickup,
scan the QR code.

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

Label 228, March 2016

**Retail**

**POSTAGE PAID**

**$8.95**

Origin: 19406
01/26/22
4160900806-09

**MAIL 2-DAY®**

0 Lb 6.80 Oz

**1004**

DAY: 01/29/22

apply).*

ons.

C013

2701-4500

**RACKING® #**



3221 2026 5669 12

erage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

ay 2020
2 x 9 1/2

**PRESS FIRMLY TO SEAL**

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 3 1 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                                   DEPUTY

**FROM:**

# PRIORITY® ★ MAIL ★



**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: James E. Shelton
316 Covered Bridge Rd
King of Prussia PA 19406

**TO:** U.S. District Court Clerk's Office
Ronald Reagan Federal Building
and U.S. Courthouse
411 West 4th Street
Room 1053
Santa Ana CA 92701-4516

Label 228, March 2016                **FOR DOMESTIC AND INTERNATIONAL USE**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.