James E. Shelton, Assignee of Record, In Pro Per
316 Covered Bridge Road
King of Prussia, PA 19406
Tel: 484-312-3300
Fax: 484-854-2583
Email: Jamie@finalverdictsolutions.com

```
F I L E D
CLERK, U.S. DISTRICT COURT

2/7/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Craig Cunningham <br><br> PLAINTIFF(S) <br> v. <br> Michael Montes Jr., et. al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 8:21-cv-01888-PSG <br><br> **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☐ State of California, County of _____

☒ State of PENNSYLVANIA, County of MONTGOMERY

I, James E. Shelton_____ hereby state under penalty of perjury that,

1. Judgment for $ 31,500.00 was entered on 10/22/2021 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Craig Cunningham as Judgment Creditor, and against Michael Montes Jr. & Tollfreezone.com, Inc. as Judgment Debtors.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 3:16-cv-00761-jdp in the United States District Court for the Western District of Wisconsin and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Western District of Wisconsin are the following sums:
   $ 0.00 accrued interest, computed at 1.50 % *(See note.)*
   $ 3,771.57 accrued costs, see Text Only Order entered 04/27/2020 by District Judge James D. Peterson in Case No. 3:16-00761-jdp, ECF No. 215, awarding plaintiff $3,771.57 in costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at King of Prussia, State of Pennsylvania, this 7th date of February, 2022.

*James E. Shelton*
Signature

*__*Note:__ Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)      AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

James E. Shelton, Assignee of Record, In Pro Per
316 Covered Bridge Road
King of Prussia, PA 19406
Tel: 484-312-3300
Fax: 484-854-2583
Email: Jamie@finalverdictsolutions.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Craig Cunningham<br><br>Plaintiff(s)<br>v.<br>Michael Montes Jr.<br><br>Defendant(s) | CASE NUMBER:<br>8:21-cv-01888-PSG<br><br>**WRIT OF EXECUTION** |

**TO:** **THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On 10/22/2021 a judgment was entered in the above-entitled action in favor of:

Craig Cunningham

as Judgment Creditor and against:

Tollfreezone.com, Inc., and Michael Montes Jr., aka Michael Montes, aka Michael J. Montes, aka Michael J. Montes, Jr., aka Michael James Montes

as Judgment Debtor, for:

| $ | 31,500.00 | Principal, |
|---|---|---|
| $ | 0.00 | Attorney Fees, |
| $ | 0.00 | Interest **, and |
| $ | 3,771.57 | Costs, making a total amount of *** |
| $ | 35,271.57 | **JUDGMENT AS ENTERED** |

\*\*\* *See* Text Only Order entered by U.S. District Judge James D. Peterson on April 27, 2020, Case No. 3:16-cv-00761-jdp, ECF No. 215 (awarding plaintiff costs in the amount of $3,771.57).

**\*\*NOTE:** **JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central **District of** California ,
to wit:

$ _____0.00_____ accrued interest, and
$ _____0.00_____ accrued costs, making a total of
$ _____0.00_____ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ ___35,271.57___ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ ___35,271.57___ Is due on the judgment as entered and bears interest at 1.50 percent per annum, in the amount of $ 1.31 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: _____    By: _____
                                        Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

| | |
|---|---|
| Michael Montes Jr., aka Michael Montes, aka Michael J. Montes, aka Michael J. Montes, Jr., aka Michael James Montes | 135 Riverview Road, Fort Myers, FL 33905 |
| Michael Montes Jr., aka Michael Montes, aka Michael J. Montes, aka Michael J. Montes, Jr., aka Michael James Montes | 26961 Via La Mirada, San Juan Capistrano, CA 92675 |
| Tollfreezone.com, Inc. | 26961 Via La Mirada, San Juan Capistrano, CA 92675 |
| Tollfreezone.com, Inc. | 135 Riverview Road, Fort Myers, FL 33905 |

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                                           PAGE 3 OF 3