James E. Shelton, Assignee of Record, In Pro Per
316 Covered Bridge Road
King of Prussia, PA 19406
Tel: 484-312-3300
Fax: 484-854-2583
Email: Jamie@finalverdictsolutions.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Craig Cunningham | CASE NUMBER: |
| | **8:21-cv-01888-PSG** |
| Plaintiff(s) | |
| v. | |
| Michael Montes Jr. | **WRIT OF EXECUTION** |
| Defendant(s) | |

**TO:** **THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On 10/22/2021 _____ a judgment was entered in the above-entitled action in favor of:

Craig Cunningham

as Judgment Creditor and against:

Tollfreezone.com, Inc., and Michael Montes Jr., aka Michael Montes, aka Michael J. Montes, aka Michael J. Montes, Jr., aka Michael James Montes

as Judgment Debtor, for:

| | | |
|---|---|---|
| $ | 31,500.00 | Principal, |
| $ | 0.00 | Attorney Fees, |
| $ | 0.00 | Interest **, and |
| $ | 3,771.57 | Costs, making a total amount of *** |
| $ | 35,271.57 | **JUDGMENT AS ENTERED** |

*** *See* Text Only Order entered by U.S. District Judge James D. Peterson on April 27, 2020, Case No. 3:16-cv-00761-jdp, ECF No. 215 (awarding plaintiff costs in the amount of $3,771.57).

**NOTE:** **JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central **District of** California ,
to wit:

$ _____ 0.00 accrued interest, and

$ _____ 0.00 accrued costs, making a total of

$ _____ 0.00 **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is
to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment
as entered, leaving a net balance of:

$ _____ 35,271.57 **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____ 35,271.57 Is due on the judgment as entered and bears interest at 1.50
percent per annum, in the amount of $ 1.31 per day,
from the date of issuance of this writ, to which must be added the
commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: 2/7/2022

By: _____
Deputy Clerk

1162

---

**WRIT OF EXECUTION**

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Michael Montes Jr., aka Michael Montes, aka
Michael J. Montes, aka Michael J. Montes, Jr., aka
Michael James Montes

135 Riverview Road,
Fort Myers, FL 33905

Michael Montes Jr., aka Michael Montes, aka Michael
J. Montes, aka Michael J. Montes, Jr., aka Michael
James Montes

26961 Via La Mirada
San Juan Capistrano, CA 92675

Tollfreezone.com, Inc.

26961 Via La Mirada
San Juan Capistrano, CA 92675

Tollfreezone.com, Inc.

135 Riverview Road
Fort Myers, FL 33905

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.