FILED
CLERK, U.S. DISTRICT COURT
02/11/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ____WH____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRAIG CUNNINGHAM

  Plaintiff

  v.

MICHAEL MONTES JR., et. al

  Defendants

Case No. 8:21-cv-01888-PSG

ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS

[Rule 4(c), Fed. R. Civ. R.; Local Rules 4, 5 and 64-2]

[No Hearing Required]

    Having considered the request of James E. Shelton (the "Creditor"), pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rules 4, 5 and 64-2 of the Local Rules of Practice of the United States District Court for the Central District of California, to designate C.M. Liang, a CA Registered Process Server, whose business address is whose business address is 556 S. Fair Oak Ave, Ste 101-577, Pasadena, CA 91105, and David M. Doyle, a CA Registered Process Server, whose business address is 710 S. Myrtle Ave, Suite 257, Monrovia, CA 91016 as authorized and specially appointed process servers in this action and;

    Having considered Creditor's request to authorize C.M. Liang and David M. Doyle to serve any Writs of Execution and other judgment enforcement; and

    Having considered Creditor's request that the U.S. Marshal's Office remain the Levying Officer.

IT IS HEREBY ORDERED that Creditor's request is granted. C.M. Liang and David M. Doyle are appointed to serve any Writs of Execution and other judgment enforcement items necessary in this action. It is further ordered that the U.S. Marshal's Office shall remain the Levying Officer.

Dated: 02/11/22

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE