| U.S. Department of Justice<br>United States Marshals Service | | | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | | |
|---|---|---|---|---|---|---|

1,2,3,4,5,6,7

| PLAINTIFF CRAIG CUNNINGHAM | COURT CASE NUMBER 8:21-CV-01888-PSG |
|---|---|
| DEFENDANT MICHAEL MONTES JR., et al | TYPE OF PROCESS 3rd Party Levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Homeaway.com, Inc. d/b/a VRBO.com

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Agent for Service: National Registered Agents, Inc. 330 N. Brand Blvd Ste 700, Glendale, CA 91203

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James E. Shelton
316 Covered Bridge Rd
King of Prussia, PA 19406

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): Pursuant to CCP 700.170, please levy on all funds due or coming due to debtors (intangible) and all property in custody of Garnishee. Please note that RPS David M. Doyle will be serving the levy per the order of appointment herewith

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
James E. Shelton
TELEPHONE NUMBER 484-312-3300
DATE 2/23/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk Jodeci C. | Date 2/23/22 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ECC DEPUTY

Address (complete only different than shown above)
Date
Time ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

REC'D USMS C/CA - CIVIL
FEB 23 '22 AM 10:08

REC'D USMS C/CA - CIVIL
FEB 23 '22 PM 12:09

-Service Fee: 65.00
-Total Mileage Charge: _____
(including endeavors)
-Forwarding Charge: _____
-Total Charge: 65.00

Form USM-285
Rev. 01/21