# **EXHIBIT 11**
## **Screenshot from http://www.ocbeachlease.com/contact.html**

HOME   ABOUT   CONTACT   RESOURCES

# Ocean View Pool Villa

26961 VIA LA MIRADA, SAN JUAN CAPISTRANO, CA 92675

TO SEE PRICING OR BOOK THIS PROPERTY CLICK HERE

## Have questions? Contact us.

### Reach Out to Us

Name: *

Email: *

☐ Check here to receive email updates

Subject: *

Message: *

SUBMIT

### Our Location

26961 Via La Mirada, San Juan Capistrano, CA 92675

Michael and Amy Montes | 26961 Via La Mirada, San Juan Capistrano, CA 92675 |
Michael .949.683.0498 Mike@MikeMontes.com  -or- Amy 714.336.9056 Amy@AmyMontes.com
https://www.vrbo.com/2869600?noDates=true&unitId=3441637

Copyright 2013. michael montes. All rights reserved.