# EXHIBIT 12
## Listing of Property on VRBO.com



## Check Availability

View all Dana Point properties (/search/keywords:dana-point-california-united-states-of-america?...

# Beautiful 4 Bedroom Home with Private, Heated Pool & Jacuzzi with Firepit

♡ Save

⬆ Share

$799 avg/night

5 (3 Reviews)

 Add dates for total pricing

| Check In | Check Out |
|---|---|
| Guests | |

**Check availability**

Free cancellation up to **14 days before check-in**

12/8/22, 3:38 PM
Beautiful 4 Bedroom Home with Private, Heated Pool & Jacuzzi with Firepit- San Juan Capistrano
Case 8:21-cv-01888-BSG Document 17-12 Filed 12/09/22 Page 3 of 17 Page ID #:205




**Amy Montes**

**Contact host**

**Property #** 2869600

**Report this property**







### Know before you go

Check Covid restrictions

**here (https://apply.joinsherpa.com/travel-restrictions?affiliateId=vrbo)**

## About this rental

### House
3200 sq. ft

### 4 bedrooms
5 beds · Sleeps 8

### 3 bathrooms
3 full baths

### Spaces
Kitchen · Deck/Patio · Dining

---

This amazing ocean view villa with 3200 sf, 4 bedrooms and 3 bathrooms includes a heated pool, spa, fire pit and a ton of outdoor space. Roll your car to Dana Point Marina or catch the train down to San Diego or northbound along the coast. Close to Doheney Beach, hiking trails, Starbuck's, shopping, restaurants, movie theaters, spas, grocery stores, Costco, fishing, whale watching or sunset cruises. Come enjoy what this perfect location has to offer!

**Hosted by Amy Montes**

**You might like these similar properties** (/words:dana-point-california-united-states-of-america?petIncluded=false)



[4BR · 3BA · Sleeps 8 Welcome ... San Clemente, CA, US](/search?petIncluded=f1309674-1861241)
**$675** avg/night (25

[4BR · 3BA · Sleeps 8 Private Po... Laguna Niguel, CA, US](/search?petIncluded=f2817152-3389152)
**$1,175** avg/night

[2BR · 1BA · Sleeps 4 Private res... Laguna Niguel, CA, US](/search?petIncluded=f2220723-2785281)
⚡ **$400** avg/night (16

[4BR · 3BA · Sleeps 10 Welcome t... Dana Point, CA, US](/search?petIncluded=f1778467-2339976)
**$450** avg/night (14

# Rooms & beds

**Bedrooms:** 4  (Sleeps: 8)

Bedroom 2

Bedroom 3

Queen

Twin/Single (2)

## Bathrooms: 3

tub/shower

**Bathroom 2**
Toilet · Shower · Jetted tub

**Bathroom 3**
Toilet · Shower

## Spaces

Kitchen

Deck/Patio

Dining

Balcony

Lawn/Garden

Porch/Veranda

12/8/22, 3:38 PM    Beautiful 4 Bedroom Home with Private, Heated Pool & Jacuzzi with Firepit - San Juan Capistrano...

Case 8:21-cv-01888-BSG Document 17-12 Filed 12/09/22 Page 7 of 17 Page ID #:209

Outdoor play area

View all rooms & beds details

# Amenities

View all 47 amenities

# Policies

## Cancellation policy

**100% refund of amount paid** if you cancel at least 14 days before check-in.

**50% refund of amount paid** (minus the service fee) if you cancel at least 7 days before check-in.

**No refund** if you cancel less than 7 days before check-in.

If you have upcoming trips, you can manage or cancel your booking in your traveler account.

**View upcoming trip (/traveler/th/bookings)**

12/8/22, 3:38 PM
Case 8:21-cv-01888-BSG Document 17-12 Filed 12/09/22 Page 8 of 17 Page ID #:210
Beautiful 4 Bedroom Home with Private, Heated Pool & Jacuzzi with Firepit - San Juan Capistrano

Free cancellation deadlines are in the property's timezone. Learn more about [cancellation policies. (https://help.vrbo.com/articles/What-is-the-cancellation-policy)](https://help.vrbo.com/articles/What-is-the-cancellation-policy)

| 100% refund | 50% refund | No refund |
|---|---|---|
| 14 days before check-in | 7 days before check-in | Check in |

## Damage and incidentals

You will be responsible for any damage to the rental property caused by you or your party during your stay.

## House Rules

**Check in** after 12:00 PM          Maximum overnight guests: 8
**Check out** before 12:00 PM      Minimum age to rent: 21



Children allowed: ages 0-17

No events allowed

No smoking allowed

No pets allowed

**Cleaning practices**

- Cleaned with disinfectant

- All towels and bedding washed in hot water that's at least 60ºC/140ºF

- High-touch surfaces cleaned with disinfectant (like countertops, light switches, handles, and faucets)

# 3 Reviews

 5

### Wow ... this home sets the bar high!

5/5          Stayed Sep 2022

**Marianne H.**

We were looking for a place to get together as a family ... we have grown kids on both coasts. This is the first VRBO we have ever rented, so we were a bit in the dark as to what to expect. I will simply say that it was fabulous. There were 7 of us staying and the 4 bedrooms (all pretty and cozy) and 3 baths were very adequate for our needs. The backyard is truly an oasis ... pool, hot tub, firepit and several seating areas. The view is outstanding and in the quiet, well maintained neighborhood, we always felt safe.

As noted, the home is fairly close to all the shopping you'd need, plus we took many excursions ... San Diego, Hermosa Beach, Laguna Beach, etc.

The house was extremely well stocked and the owner, Amy, very kindly had a s'mores basket for us as well as wine and other items. It has everything you would need to function as a comfortable home (completely stocked kitchen with spices, bathrooms with toiletries, very nice linens, etc.). The house is spacious with many tv's and seating areas ... plus a nice shaded patio in front. Also, there's a great poker table with chips ... we had an absolute blast ... even though I lost!

There were a few occasions where I had a question for Amy. She was always very courteous and prompt in responding. I would absolutely recommend renting this terrific home ... it's truly special and Amy is a perfect host. Our whole family just loved our time here!

Published Sep 19, 2022

## Great house with fun backyard

5/5             Stayed Jul 2022

**marty p.**

Great property with easy access to the beach and hwy. Fun backyard with awesome views. Highly recommend.

Published Jul 31, 2022

## Beautiful, clean and well-stocked

5/5             Stayed Jul 2022

**Nicholas D.**

We stayed at the property in early July for one week with our daughter and son-in-law and our 4 grandchildren.

The property itself is in a beautiful location, on a hill in the southern part of San Juan Capistrano, just above Dana Point, 5 minutes or less to the beach and marina. The neighborhood is comprised of similar lovely and well-maintained homes -- definitely not a "party" atmosphere, no riff-raff, a real pleasant place.

The house is within 5-10 minutes of a shopping, restaurants, even a Costco, but yet is also isolated for peace and quiet. Perfect.

12/8/22, 3:38 PM
Case 8:21-cv-01888-PSG Document 17-12 Filed 12/09/22 Page 12 of 17 Page ID #:214
Beautiful 4 Bedroom Home with Private, Heated Pool & Jacuzzi with Firepit - San Juan Capistrano

The downstairs of the house has both a huge living room (which has a roll-away queen bed) and family room, with large smart tv's in each, plenty of room to spread out.

There are 3 bedrooms upstairs (2 king, 1 double twins), and one bedroom downstairs (1 queen). All of the rooms had ceiling fans, closets & dressers.

The kitchen had a large bar table, with chairs for 8 people.

The backyard was beautiful, with a heated pool and spa. The pool and spa temps are both controlled remotely, which the owner graciously gives guests access to.

The a/c was perfectly fine, with the guests being able to set the interior temp as needed (no thermostat lockout or restrictions, which I understand is shockingly common now on VRBO, with owners not even declaring this fact in their property description).

I have to say that this property was the most meticulously clean and well-stocked property I've ever seen. When I say clean, I mean *everything* was clean: no dust, dirt, no bugs nothing. Go ahead, do a white glove test, there won't be a single piece of dust. The refrigerator was clean. The area rugs were clean. The tubs and showers were clean. The washer & dryer were clean. The kitchen and bath trash cans themselves were clean.

And when I say "well-stocked," I mean you don't need to leave the house to get anything: there were plenty of towels/wash cloths, kitchenware, laundry detergent, cups,

12/8/22, 3:38 PM                                     Beautiful Dream Home with Private Jacuzzi! Hot spot San Juan Capistrano!

Case 8:21-cv-01888-PSG Document 17-12 Filed 12/09/22 Page 13 of 17 Page ID #:215

plates, mugs, cookware, plasticware, kitchen towels, baggies, napkins, toilet paper, kleenex, dish soap, hand soap, and trash bags. There were Q-tips. There was a kit for making S'mores. Two bottles of wine. Crayons and coloring books. Beach/pool towels. Inflatable pool toys. 3 cutting boards. I wish all VRBO properties were like this.

Would highly recommend!

Published Oct 3, 2022

### 1–3 of 3

# Map

**San Juan Capistrano, California, United States of America**
Detailed location provided after booking

**What's nearby**



Case 8:21-cv-01888-PSG Document 17-12 Filed 12/09/22 Page 14 of 17 Page ID #:216



1. The Coach House — 0.7 mi

2. Los Rios Historic District — 0.8 mi

3. Pines Park — 1.5 mi

4. Mission San Juan Capistr... — 1.7 mi

5. Doheny State Beach — 1.6 mi

6. Lantern Bay County Park — 1.9 mi

‹  1 - 6 of 12  ›

## Still have questions?

Get a fast response about property amenities, check-in times, and general questions.

Chat now

## Hosted by Amy Montes

Member since 2022

View more about Amy Montes

**Languages:** English

Contact host

It's easy to contact hosts and keep track of all your messages when you have a Vrbo account.

Sign in | Create an account



# Rates & availability

## December 2022

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | **8** | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## January 2023

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

| S | M | T | W | T | F | S | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Taxes and fees are additional

## Additional information about rental rates

| Cleaning Fee | $295 |
|---|---|
| Property Damage Insurance | $99 |

Home (https://www.vrbo.com/vacation-rentals)  ›  United States (https://www.vrbo.com/vacation-rentals/usa)  ›
California (https://www.vrbo.com/vacation-rentals/usa/california)  ›
Orange County (https://www.vrbo.com/vacation-rentals/usa/california/orange-county)  ›
San Juan Capistrano (https://www.vrbo.com/vacation-rentals/usa/california/orange-county/san-juan-capistrano)

## Get special offers, travel inspiration, and more from Vrbo

Email Address                                                                                                                            

## Get the Vrbo mobile app

United ∨   Your mobile phone number                                                                                                       Send

Available for iOS and Android.

12/8/22, 3:38 PM                          Beautiful 4 Bedroom Home with Private, Heated Pool & Jacuzzi with Firepit! San Juan Capistrano

Case 8:21-cv-01888-PSG Document 17-12 Filed 12/09/22 Page 17 of 17 Page ID #:219

## Explore Vrbo

List your property (https://www.vrbo.com/lyp?)
Book with Confidence (https://www.vrbo.com/l/travel-with-confidence)
Trust & Safety (https://www.vrbo.com/trust)
Partner resources (https://host.expediagroup.com/vrbo/en-us/)
Vacation rental guides (https://www.vrbo.com/vacation-ideas)

## Company

About (https://www.vrbo.com/l/about-vrbo)
Careers (https://lifeatexpediagroup.com/brands?utm_source=vrbo&%3Butm_medium=homepage%23brands-vrbo)
Affiliates (https://affiliates.expediagroup.com)
Media Center (https://www.vrbo.com/media-center/)
Advertising (https://advertising.expedia.com/solutions/travelbrands/vrbo)

## Meet the Vrbo family

Vrbo (https://www.vrbo.com/)
Abritel.fr (https://www.abritel.fr/)
FeWo-direkt.de (https://www.fewo-direkt.de/)
Bookabach.co.nz (https://www.bookabach.co.nz/)
Stayz.com.au (https://www.stayz.com.au/)

© 2022 Vrbo, an **expedia group** company. All rights reserved.

**Terms and Conditions (https://www.vrbo.com/legal/terms-and-conditions)** · **Privacy Policy (https://www.vrbo.com/legal/privacy-policy)** · **Do Not Sell My Personal Information (https://www.vrbo.com/dnsmpi)**