# EXHIBIT 13
# Profile/Contact Information for VRBO Accounts as per VRBO's Records

CONFIDENTIAL

Owner: Amy Montes / Michael Montes
Owner Email: [michaeljamesmontes@gmail.com](mailto:michaeljamesmontes@gmail.com)
Owner Phone: 949-683-0498
Listing ID: Vrbo 693213
Listing Address: 26961 Via La Mirada, San Juan Capistrano, CA 92675
Listing First Live: Mar 20, 2015
Status: Hidden
Rental agreement: No


LISTING 2869600
Owner: Amy Montes
Owner Email: [amy@haciendares.com](mailto:amy@haciendares.com)
Owner Phone: 7143369056
Listing ID: Vrbo 2869600
Listing Address: 26961 Via La Mirada, San Juan Capistrano, CA 92675
Listing First Live: Jun 22, 2022
Status: ENABLED
Rental agreement: No

CONFIDENTIAL