# EXHIBIT 14
## Excel Spreadsheet for Payments from VRBO Listing 2869600

| Reservation ID | Check In | Check Out | Number of Nights | Source | Payment Date | Disbursement Date | Payment Type | Property ID |
|---|---|---|---|---|---|---|---|---|
| HA-D153HK | 22-Jul-22 | 30-Jul-22 | 8 | VRBO.com | 28-Jun-22 | 23-Jul-22 | Rent | 2869600 |
| HA-D153HK | 22-Jul-22 | 30-Jul-22 | 8 | VRBO.com | 28-Jun-22 |  | Rent | 2869600 |
| HA-3B624K | 10-Sep-22 | 17-Sep-22 | 7 | VRBO.com | 22-Jun-22 | 11-Sep-22 | Rent | 2869600 |
| HA-3B624K | 10-Sep-22 | 17-Sep-22 | 7 | VRBO.com | 22-Jun-22 |  | Rent | 2869600 |
| HA-NGQR51 | 9-Jul-22 | 16-Jul-22 | 7 | VRBO.com | 22-Jun-22 | 23-Jul-22 | Rent | 2869600 |
| HA-NGQR51 | 9-Jul-22 | 16-Jul-22 | 7 | VRBO.com | 22-Jun-22 |  | Rent | 2869600 |

CONFIDENTIAL

| Payment Method | Taxable Revenue | Non-Taxable Revenue | Tax | Service Fee | Currency | Guest Payment | Your Revenue | Commission |
|---|---|---|---|---|---|---|---|---|
| Credit Card | $0.00 | $6,687.00 | $0.00 | $702.00 | USD | $7,389.00 | $6,687.00 | ($334.35) |
| Credit card | $0.00 | $6,687.00 | $0.00 | $0.00 | USD | $6,687.00 | $6,687.00 | $0.00 |
| Credit Card | $0.00 | $5,888.00 | $0.00 | $654.00 | USD | $6,542.00 | $5,888.00 | ($294.40) |
| Credit card | $0.00 | $5,888.00 | $0.00 | $0.00 | USD | $5,888.00 | $5,888.00 | $0.00 |
| Credit Card | $0.00 | $5,888.00 | $0.00 | $0.00 | USD | $5,888.00 | $5,888.00 | ($294.40) |
| Credit card | $0.00 | $5,888.00 | $0.00 | $0.00 | USD | $5,888.00 | $5,888.00 | $0.00 |

| VAT on Commission | Payment Processing | Stay Tax We Remit | Stay Tax You Remit | Refundable deposit | Payable To You | Payout |
|---|---|---|---|---|---|---|
| | $200.61 | $0.00 | $0.00 | | $6,486.39 | $6,486.39 |
| | $0.00 | $0.00 | $0.00 | | UNKNOWN | UNKNOWN |
| | $176.64 | $0.00 | $0.00 | | $5,711.36 | $5,711.36 |
| | $0.00 | $0.00 | $0.00 | | UNKNOWN | UNKNOWN |
| | $176.64 | $0.00 | $0.00 | | $5,711.36 | $5,711.36 |
| | $0.00 | $0.00 | $0.00 | | UNKNOWN | UNKNOWN |