# EXHIBIT 15
## Excel Spreadsheet for Payments from VRBO Listing 693213

| Reservation ID | Check In | Check Out | Number of Nights | Payment Date | Disbursement Date | Payment Type | Property ID |
|---|---|---|---|---|---|---|---|
| HA-B59GCY | 9-Jul-22 | 16-Jul-22 | 7 | 20-Jun-22 | | Refund | 693213 |
| HA-B59GCY | 9-Jul-22 | 16-Jul-22 | 7 | 20-Jun-22 | | Refund | 693213 |
| HA-QCGPH6 | 16-Jun-22 | 26-Jun-22 | 10 | 20-Jun-22 | 17-Jun-22 | Refund | 693213 |
| HA-9ZX44M | 10-Sep-22 | 17-Sep-22 | 7 | 20-Jun-22 | | Refund | 693213 |
| HA-9ZX44M | 10-Sep-22 | 17-Sep-22 | 7 | 20-Jun-22 | | Refund | 693213 |
| HA-9ZX44M | 10-Sep-22 | 17-Sep-22 | 7 | 23-Apr-22 | | Rent | 693213 |
| HA-9ZX44M | 10-Sep-22 | 17-Sep-22 | 7 | 23-Apr-22 | | Rent | 693213 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HA-B59GCY | 9-Jul-22 | 16-Jul-22 | 7 | 14-Apr-22 | | Rent | 693213 |
| HA-B59GCY | 9-Jul-22 | 16-Jul-22 | 7 | 14-Apr-22 | | Rent | 693213 |
| HA-K42MGC | 4-May-22 | 13-May-22 | 9 | 16-Mar-22 | 5-May-22 | Rent | 693213 |
| HA-K42MGC | 4-May-22 | 13-May-22 | 9 | 16-Mar-22 | | Rent | 693213 |
| HA-NMVHKS | 20-May-22 | 27-May-22 | 7 | 16-Feb-22 | 21-May-22 | Rent | 693213 |
| HA-NMVHKS | 20-May-22 | 27-May-22 | 7 | 15-Feb-22 | | Rent | 693213 |
| HA-0NJGF0 | 3-Apr-22 | 10-Apr-22 | 7 | 1-Feb-22 | 4-Apr-22 | Rent | 693213 |
| HA-0NJGF0 | 3-Apr-22 | 10-Apr-22 | 7 | 1-Feb-22 | | Rent | 693213 |

CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HA-JSST65 | 20-Feb-22 | 13-Mar-22 | 21 | 31-Jan-22 | 21-Feb-22 | Rent | 693213 |
| HA-JSST65 | 20-Feb-22 | 13-Mar-22 | 21 | 31-Jan-22 | | Rent | 693213 |
| HA-QCGPH6 | 16-Jun-22 | 26-Jun-22 | 10 | 9-Jan-22 | 17-Jun-22 | Rent | 693213 |
| HA-QCGPH6 | 16-Jun-22 | 26-Jun-22 | 10 | 9-Jan-22 | | Rent | 693213 |
| HA-5KRT6J | 29-Jan-22 | 5-Feb-22 | 7 | 4-Jan-22 | 30-Jan-22 | Rent | 693213 |
| HA-5KRT6J | 29-Jan-22 | 5-Feb-22 | 7 | 4-Jan-22 | | Rent | 693213 |

| Payment Method | Taxable Revenue | Non-Taxable Revenue | Tax | Service Fee | Currency | Paid By Guest | Your Revenue |
|---|---|---|---|---|---|---|---|
| Credit Card | $0.00 | $0.00 | $0.00 | $556.00 | USD | ($6,444.00) | ($5,888.00) |
| Credit card | $0.00 | $0.00 | $0.00 | $0.00 | USD | $0.00 | $0.00 |
| Credit Card | $0.00 | $0.00 | $0.00 | $656.00 | USD | ($7,941.00) | ($7,285.00) |
| Credit card | $0.00 | $0.00 | $0.00 | $0.00 | USD | $0.00 | $0.00 |
| Credit Card | $0.00 | $0.00 | $0.00 | $556.00 | USD | ($6,444.00) | ($5,888.00) |
| Credit Card | $0.00 | $5,888.00 | $0.00 | $556.00 | USD | $6,444.00 | $5,888.00 |
| Credit card | $0.00 | $5,888.00 | $0.00 | $0.00 | USD | $5,888.00 | $5,888.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Credit Card | $0.00 | $5,888.00 | $0.00 | $556.00 | USD | $6,444.00 | $5,888.00 |
| Credit card | $0.00 | $5,888.00 | $0.00 | $0.00 | USD | $5,888.00 | $5,888.00 |
| Credit Card | $0.00 | $7,486.00 | $0.00 | $599.00 | USD | $8,085.00 | $7,486.00 |
| Credit card | $0.00 | $7,486.00 | $0.00 | $0.00 | USD | $7,486.00 | $7,486.00 |
| Credit Card | $0.00 | $5,888.00 | $0.00 | $556.00 | USD | $6,444.00 | $5,888.00 |
| Credit card | $0.00 | $5,888.00 | $0.00 | $0.00 | USD | $5,888.00 | $5,888.00 |
| Credit Card | $0.00 | $5,888.00 | $0.00 | $556.00 | USD | $6,444.00 | $5,888.00 |
| Credit card | $0.00 | $5,888.00 | $0.00 | $0.00 | USD | $5,888.00 | $5,888.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Credit Card | $0.00 | $14,879.00 | $0.00 | $707.00 | USD | $15,586.00 | $14,879.00 |
| Credit card | $0.00 | $14,879.00 | $0.00 | $0.00 | USD | $14,879.00 | $14,879.00 |
| Credit Card | $0.00 | $7,285.00 | $0.00 | $656.00 | USD | $7,941.00 | $7,285.00 |
| Credit card | $0.00 | $7,285.00 | $0.00 | $0.00 | USD | $7,285.00 | $7,285.00 |
| Credit Card | $0.00 | $5,188.00 | $0.00 | $499.00 | USD | $5,687.00 | $5,188.00 |
| Credit card | $0.00 | $5,188.00 | $0.00 | $0.00 | USD | $5,188.00 | $5,188.00 |

| Payment Processing Fee | Stay Tax We Remit | Stay Tax You Remit | Deposit Amount | Payable To You |
|---|---|---|---|---|
| ($176.64) | $0.00 | $0.00 | ($5,711.36) | ($5,711.36) |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ($218.55) | $0.00 | $0.00 | ($7,066.45) | ($7,066.45) |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ($176.64) | $0.00 | $0.00 | ($5,711.36) | ($5,711.36) |
| $176.64 | $0.00 | $0.00 | $5,711.36 | $5,711.36 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| $176.64 | $0.00 | $0.00 | $5,711.36 | $5,711.36 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $224.58 | $0.00 | $0.00 | $7,261.42 | $7,261.42 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $176.64 | $0.00 | $0.00 | $5,711.36 | $5,711.36 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $176.64 | $0.00 | $0.00 | $5,711.36 | $5,711.36 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| $446.37 | $0.00 | $0.00 | $14,432.63 | $14,432.63 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $218.55 | $0.00 | $0.00 | $7,066.45 | $7,066.45 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $155.64 | $0.00 | $0.00 | $5,032.36 | $5,032.36 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |