# EXHIBIT 16
## Letter from VRBO in Response to Subpoena dated October 4, 2022



Via Electroinic Mail

October 4, 2022

James E. Shelton
316 Covered Bridge Rd
King of Prussia, PA  19406
Jamie@finalvertictsolutions.com

Re:  Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Civil Action No. 2-22-mc-00042

Dear Mr. Shelton,

In response to the above-referenced subpoena received by HomeAway.com, Inc. (HomeAway) on September 27, 2022, I am providing the attached documents named "Reservations" and "PaymentDataProperty."

Regarding your request for "disbursements of payments from Vrbo to the hosts," HomeAway has no responsive information as disbursements are made through third-party payment processor Hyperwallet.  Additional information can be found at this website: https://www.vrbo.com/legal/hyperwallet-terms-and-conditions.

Best Regards,


Carolynn Howsley
Sr. Paralegal – Expedia Group