James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
jamie@finalverdictsolutions.com

Assignee of Record, In Pro Per

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM<br><br>         Plaintiff,<br>    v.<br><br>MICHAEL MONTES JR., et. al<br><br>         Defendants | CASE NO. 8:21-cv-01888-PSG<br><br>**(PROPOSED) ORDER GRANTING CREDITOR'S MOTION FOR ASSIGNMENT ORDER OF RENTAL INCOME**<br><br>**Date: January 27, 2023**<br>**Time: 1:30 PM**<br>**Honorable Philip S. Gutierrez** |

Judgment Creditor and Assignee of Record James E. Shelton's Motion for Assignment Order of Rental Income came on regularly for hearing before this Court on January 27, 2023 at 1:30 PM, with notice and all moving papers being given to Defendant / Judgment Debtor **Michael Montes Jr.,** Debtor's spouse**, Amy Montes,** Debtor **Tollfreezone.com, Inc.,** and third-party, **Homeaway.com, Inc., d/b/a VRBO**.

Upon consideration of the declarations submitted in support of said motion, the exhibits submitted, and having considered all arguments of both parties herein, and good cause appearing therefore,

IT IS ORDERED:

(1) That the following rights to payments be, and hereby are, assigned to judgment creditor JAMES E. SHELTON, until such time as the judgment herein in the original amount of $31,500.00, plus post-judgment interest and allowed costs of $3,771.57, be fully satisfied, or this order is modified in accordance with governing law.

One Hundred Percent (100%) of ANY AND ALL PAYMENTS OF MONEY OR MONEY EQUIVALENTS, DUE OR BECOMING DUE IN THE FUTURE, TO JUDGMENT DEBTOR, **MICHAEL MONTES,** WHICH ARE PAYABLE OR TO BE PAID FOR THE BENEFIT OF OR ON BEHALF OF **MICHAEL MONTES**, AND/OR DUE OR BECOMING DUE IN THE FUTURE, TO JUDGMENT DEBTOR'S SPOUSE, **AMY MONTES**, WHICH ARE PAYABLE OR TO BE PAID FOR THE BENEFIT OF OR ON BEHALF OF **AMY MONTES**, OR ANY THIRD-PARTIES DESIGNATED BY DEBTOR AND/OR DEBTOR'S SPOUSE TO RECEIVE ANY PAYMENTS FROM THE FOLLOWING SOURCES:

- Any and all income, due or coming due to Debtor MICHAEL MONTES and/or debtor's spouse, AMY MONTES, from any source, including **HOMEAWAY.COM, INC., d/b/a VRBO** (hereinafter "VRBO")**,** including but not limited to: all net income from VRBO Listing ID: 2869600 and/or VRBO Listing ID: 693213, for revenue generated by VRBO reservations, and/or any other income generated from the debtor's property located at 26961 Via La Mirada, San Juan Capistrano, CA 92675, including rental income.

Payments from the above-sources shall not be paid to judgment debtor and/or judgment debtor's spouse, but directly to judgment creditor James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406, pursuant to the terms of this order.

IT IS FURTHER ORDERED THAT: Any person or entity served with this order, REGARDLESS OF WHETHER SUCH PERSON OR ENTITY IS NAMED ABOVE, shall become an obligor under this order, and shall pay any payments due or becoming due to **Debtor MICHAEL MONTES and/or debtor's spouse, AMY MONTES**, and/or any payments which are payable or to be paid for the benefit of or on behalf of **MICHAEL MONTES, and/or debtor's spouse, AMY MONTES**, or any third-parties designated by Debtor and/or Debtor's spouse, to the judgment creditor instead, until such time as either the judgment is satisfied, or this order is modified in accordance with law.

IT IS FURTHER ORDERED THAT: **MICHAEL MONTES and AMY MONTES** are restrained and prohibited from and taking any actions to assign, sell, transfer, encumber, hypothecate, or otherwise in any way devalue, compromise, or lessen in value or amount, any of the rights to the payments assigned herein, so long as this order remains in force.

All payments made under this order should be made to Judgment Creditor, and should be addressed as follows:
James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406

IT IS FURTHER ORDERED THAT: Every sixty (60) days from the date of this Order, until this judgment is fully satisfied, Judgment Debtor **MICHAEL MONTES** shall file a status report with the Court detailing all payments received by him and/or Debtor's spouse, AMY MONTES, from VRBO and/or any other source in the preceding sixty (60) days, from income generated by renting the debtor's property at 26961 Via La Mirada, San Juan Capistrano, CA 92675, and shall serve a copy to Judgment Creditor. The status report must include the following:

**a.)** Judgment Debtor **MICHAEL MONTES** shall attach to each status report all relevant documentation evidencing VRBO payments and/or other rental income from the above-referenced property in the prior sixty (60) days, including payments received by Debtor's spouse, AMY MONTES, or any third-parties designated by them.

**b.)** An affidavit, made under penalty of perjury, attesting that the information contained in the status report is true and correct to the Debtor's knowledge, information, and belief.

Other:
_____
_____
_____
_____
_____
_____

NOTICE IS HEREBY GIVEN TO ALL PARTIES WITH DUTIES UNDER THIS ORDER THAT YOU ARE SERVED WITH THIS ORDER AND FAIL TO COMPLY THEREWITH, YOU MAY BE SUBJECT TO MONETARY FINES AND SANCTIONS/ATTORNEYS FEES, AND/OR BEING HELD IN CONTEMPT OF COURT.

Dated: _____           _____
                                                                  **PHILIP S. GUTIERREZ**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**