**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Craig Cunningham<br><br>PLAINTIFF(S)<br>v.<br><br>James E Shelton<br><br>DEFENDANT(S) | CASE NUMBER<br><br>8:21-cv-01888-PSG<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: MOTION for Assignment Order of Rental Income; Supporting Declaration

Filed date: 12/09/2022      Document Number(s): 17

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 21-01, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: PLEASE BE ADVISED THAT ATTACHMENTS #8 & #9 ARE FORMATTED INCORRECTLY AND ARE UNVIEWABLE. PLEASE SEE ATTACHMENTS #8 & #9 WHICH ARE ATTACHED TO THIS NOTICE.

CLERK, U.S. DISTRICT COURT

Date: 12/14/2022      By: YVETTE LOUIS
                          Deputy Clerk