WHEN RECORDED MAIL TO:

James E. Shelton (Assignee of Record, In Pro Per)
316 Covered Bridge Road
King of Prussia, PA 19406
Tel: 484-312-3300
Email: Jamie@finalverdictsolutions.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Craig Cunningham

PLAINTIFF(S),

v.

Michael Montes, Jr., et. al

DEFENDANT(S).

CASE NUMBER:

CV 21-01888-PSG

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on 10/21/2021 in favor of Craig Cunningham whose address is 3000 Custer Road Suite 270-206, Plano, TX 75075 and against Michael James Montes, aka Michael J. Montes, aka Michael J. Montes, Jr., aka Michael Montes whose last known address is 135 Riverview Drive, Fort Myers, FL 33905, and 26961 Via La Mirada, San Juan Capistrano, CA 92675 for $ 31,500.00    Principal, $ 0.00    Interest, $ 3,771.57    Costs, and $ 0.00    Attorney Fees.

ATTESTED this 26th day of December, 2023
Judgment debtor's driver's license no. and state;   1740 Florida   (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number;   3022   (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or
address at which summons was served:

Michael Montes, Jr.
135 Riverview Road
Fort Myers, FL 33905

CLERK, U.S. DISTRICT COURT

By _____
    Deputy Clerk

1146

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                         ABSTRACT OF JUDGMENT/ORDER

James E. Shelton
816 Covered Bridge Rd
King of Prussia PA 19406

 

Clerk, U.S. District Court
Central District of California
Ronald Reagan Federal Building and U.S. Courthouse
411 West 4th Street Room 1053
Santa Ana, CA 92701-4516

CV INTAKE